**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DISTRICT OF COLUMBIA**

DEC 0 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| GOLETA VALLEY COMMUNITY HOSPITAL A/K/A GOLETA VALLEY COTTAGE HOSPITAL, P.O. Box 689, Santa Barbara, CA 93102 )<br><br>Plaintiff, )<br><br>vs. )<br><br>MIKE LEAVITT, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, 200 Independence Avenue, S.W., Washington, D.C. 20201 )<br><br>Defendant. ) | CASE NUMBER 1:05CV02323<br><br>JUDGE: Reggie B. Walton<br><br>DECK TYPE: Administrative Agency Rev<br><br>DATE STAMP: 12/05/2005 |

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned counsel of record for GOLETA VALLEY COMMUNITY HOSPITAL a/k/a GOLETA VALLEY COTTAGE HOSPITAL, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of GOLETA VALLEY COMMUNITY HOSPITAL a/k/a GOLETA VALLEY COTTAGE HOSPITAL, which have any outstanding securities in the hands of the public:

> Cottage Health System
> Santa Barbara Cottage Hospital
> Santa Ynez Valley Cottage Hospital
> Goleta Valley Professional Buildings, Inc.

Each of these entities is a California non-profit corporation; therefore, none of these entities are publicly traded for profit corporations. However, Cottage Health System has issued tax exempt bonds (on behalf of and supported by the obligated group consisting of Goleta Valley Cottage Hospital, Santa Barbara Cottage Hospital, Santa Ynez Valley Cottage Hospital, Goleta Valley Professional Buildings, Inc.), and such tax exempt bonds technically constitute securities that were purchased by the public.

These representations are made in order that judges of this court may determine the need for recusal.

This certificate of disclosure is being served in conjunction with service of process pursuant to Fed. R. 4(i)(1), (2).

Attorney of Record

*[signature]*

ALAN B. DAUGHTRY  
Federal District Court Bar No.: TX0029  
JACKSON WALKER L.L.P.  
1400 McKinney, Suite 1900  
Houston, Texas 77010  
Telephone: (713) 752-4200  
Facsimile: (713) 752-4221