UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOLETA VALLEY COMMUNITY HOSPITAL )<br>A/K/A GOLETA VALLEY COTTAGE HOSPITAL )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MIKE LEAVIT, in his official capacity as Secretary )<br>of the UNITED STATES DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES )<br>)<br>Defendant. ) | CASE NUMBER: 1:05CV02323<br><br>JUDGE: Reggie B. Walton |

**DECLARATION OF SERVICE**

I, Alan B. Daughtry, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

Pursuant to Fed. R. Civ. P. (i), I mailed on December 9, 2005 a copy of the summons and complaint in the above-referenced matter to the Defendant Mike Leavitt and additionally to the United States Attorney for the District of Columbia and to the United States Attorney General. The return receipt (green) cards-which are attached hereto-reflect service on Defendant Leavitt (12/16/05), the U.S. Attorney (12/20/05), and the Attorney General (12/16/05).

Dated: January 18, 2006                    Executed By: _____
                                                        Alan B. Daughtry

4150658v.1

-2-

Of Counsel:

Barron P. Bogatto
Virginia C. Alverson
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221

GOLETA VALLEY COMMUNITY
HOSPITAL a/k/a GOLETA VALLEY
COTTAGE HOSPITAL

By its attorney,

*/s/ Alan B. Daughtry*

**ALAN B. DAUGHTRY**
D.C. Bar No.: TX0029
**JACKSON WALKER L.L.P.**
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
adaughtry@jw.com

**Receipt 1:**

2. Article Number: 7160 3901 9849 2325 2368
3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee): [ ] Yes

1. Article Addressed to:

Mike Leavitt
Secretary
United States Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

Reference: Ltr filing Summons
Charge To: 107010.00002.abd1
Sender: Alan B. Daughtry

A. Received by (Please Print Clearly): LAWRENCE
B. Date of Delivery: 12-16-05
C. Signature: [signed]
[ ] Agent  [ ] Addressee
D. Is delivery address different from item 1? [ ] Yes [ ] No

PS Form 3811, January 2005    Domestic Return Receipt

---

**Receipt 2:**

2. Article Number: 7160 3901 9849 2325 2344
3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee): [ ] Yes

1. Article Addressed to:

U.S. Attorney for the District of Columbia
555 4th St., N.W.
Washington, D.C. 20001

Reference: Ltr filing Summons
Charge To: 107010.00002.abd1
Sender: Alan B. Daughtry

A. Received by (Please Print Clearly): S. [illegible]
B. Date of Delivery: 12-2005
C. Signature: [signed]
[ ] Agent  [ ] Addressee
D. Is delivery address different from item 1? [ ] Yes [ ] No

PS Form 3811, January 2005    Domestic Return Receipt

---

**Receipt 3:**

2. Article Number: 7160 3901 9849 2325 2337
3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee): [ ] Yes

1. Article Addressed to:

U.S. Attorney General
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

Reference: Ltr filing Summons
Charge To: 107010.00002.abd1
Sender: Alan B. Daughtry

A. Received by (Please Print Clearly): [illegible]
B. Date of Delivery: DEC 16 2005
C. Signature: [signed]
[ ] Agent  [ ] Addressee
D. Is delivery address different from item 1? [ ] Yes [ ] No

PS Form 3811, January 2005    Domestic Return Receipt