**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GOLETA VALLEY COMMUNITY HOSPITAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-2323 (RBW) |
| ) | |
| MICHAEL O. LEAVITT, Secretary of ) Health and Human Services, ) | **ECF** |
| ) | |
| Defendant. ) | |
| ) | |

**<u>PRAECIPE</u>**

Defendant requests that the Clerk of the Court enter the appearance of Paul E. Soeffing as agency counsel for Defendant in the above-captioned case.

                                      Respectfully submitted,

                                      /s/
                                PAUL E. SOEFFING
                                Attorney
                                D.C. Bar No. 459480
                                U.S. Department of Health and
                                  Human Services
                                Office of the General Counsel
                                Centers for Medicare & Medicaid
                                  Services Division
                                Room C2-05-23
                                7500 Security Boulevard
                                Baltimore, Maryland 21244-1850
                                410-786-1895

<u>OF COUNSEL</u>:

PAULA M. STANNARD
Acting General Counsel

KATHLEEN H. McGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
  Counsel for Litigation

United States Department of
  Health and Human Services