UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOLETA VALLEY COMMUNITY ) <br>    HOSPITAL, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary of ) <br>    Health and Human Services, ) <br> ) <br>    Defendant. ) <br> _____ ) | Civil No. 05-2323 (RBW) <br><br> **ECF** |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of seven days, up to and including February 28, 2006, within which to respond to Plaintiff's Complaint. In support of the instant motion, Defendant states as follows:

1. Plaintiff's Complaint seeks judicial review of a decision by the Secretary reviewing Plaintiff's request for certain Medicare reimbursement.

2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 et seq.

3. Agency counsel is involved in ongoing preliminary injunction proceedings in the U.S. District Court for the Eastern District of Pennsylvania regarding the implementation of the new Medicare Part D prescription drug benefit. Erb v. McClellan, No. 05-6201 (JP) (E.D. Pa. filed Dec. 5, 2005). These preliminary injunction proceedings have been consuming most of counsel's

available time over the past several weeks as he assists with the drafting of briefs and declarations for this action, as well as in responding to discovery and preparing for court hearings.  For example, this week agency counsel had to prepare a declaration in support of a brief that was filed on February 13.  On February 16, counsel must travel to Philadelphia to attend a deposition.  Counsel has also been assisting in the government's preparations for a court hearing to be held on February 17 in this case.

    4.  For the reasons detailed above, Defendant's counsel will need additional time to adequately prepare a response to Plaintiff's Complaint.

    5.  The Secretary's response to Plaintiff's Complaint is currently due by February 21, 2006.  Fed. R. Civ. P. 12(a)(3).  In order to allow sufficient time for preparation of an appropriate response to Plaintiff's Complaint, the Secretary respectfully requests an enlargement of time of seven days, up to and including February 28, 2006, within which to respond to the Complaint.

    6.  This is the first enlargement of time sought by either party in this case.  If granted, this enlargement will have no effect on any other deadlines since no scheduling order has yet been entered in this case.

    7.  On February 15, 2006, agency counsel conferred with Plaintiff's counsel via telephone.  Plaintiff's counsel stated that he has no objection to the instant motion.

    8.  This request is made in good faith and not for purposes of delay.

    A proposed Order is attached.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar No. 451058
United States Attorney

_____
PETER S. SMITH, D.C. Bar No. 465131
Assistant United States Attorney
Civil Division
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372

_____
PAUL E. SOEFFING, D.C. Bar No. 459480
Attorney
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-05-23
7500 Security Boulevard
Baltimore, Maryland 21244-1850
(410) 786-1895

OF COUNSEL:

PAULA M. STANNARD
Acting General Counsel

KATHLEEN H. McGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
  Counsel for Litigation

United States Department of
  Health and Human Services

3