UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOLETA VALLEY COMMUNITY HOSPITAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of )<br>Health and Human Services, )<br>)<br>Defendant. )<br>) | Civil No. 05-2323 (RBW)<br><br>**ECF** |

**ORDER**

Upon consideration of Defendant's Unopposed Motion for Enlargement of Time and Memorandum of Points and Authorities in Support Thereof, and the entire record herein, it is this ____ day of February, 2006,

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiff's Complaint on or before February 28, 2006.

REGGIE B. WALTON
United States District Judge