DEPART    T OF HEALTH &      ERVICES                          h Care Financing Administration

Refer to: FKA-51

7500 SECURITY BOULEVARD
BALTIMORE MD 21244-18

Mr. Michael Bernal
Manager
Provider Audit Department
Blue Cross of California
21555 Oxnard Street
Woodland Hills, California 91_07

RECEIVE
CADINIE

SEP 29 1997

Dear Mr. Bernal:

We have reviewed the documentation submitted with the request
of Goletta Valley Community Hospital D/P Skilled Nursing Facility
(GVC), Provider Number 55-5617, for an exemption to the Medicare
skilled nursing facility routine service cost limits.  GVC is
seeking an exemption as a new provider under regulatory
provisions at 42 CFR 413.30(e).

On May 16, 1997, we requested that GVC submit additional
documentation so that HCFA could make a final determination.
This documentation consisted of an explanation and supporting
documentation of a nonreimbursable cost center titled "respite
and other."  We received a brief description of the
nonreimbursable on July 7, 1997.  On July 8, 1997, we requested a
more complete explanation and a list of the exact medical
services provided during the respite program.  The documentation
submitted by the provider on July 25, 1997, in response to this
request still does not contain an exact list of the medical
services provided during the respite program.  GVC must provide
to HCFA a complete list of the medical services provided during
the respite program (see 409.33(b) and (c) to determine if any of
these services are services provided by the respite program).
Accordingly, we are denying the request for exemption due to lack
of documentation to make a determination.  GVC may resubmit its
request with all appropriate documentation and HCFA will review
it at that time.

If you have any questions regarding this letter, please
contact Julie Stankivic at (410) 786-5725.

                         Sincerely yours,

                         Thomas E. Hoyer
                         Director
                         Chronic Care Purchasing Policy Group
                         Center for Health Plans & Providers