

| PART A INTERMEDIARY | NATIONAL FQHC INTERMEDIARY | **MEDICARE** |
|---|---|---|
| REGIONAL HOME HEALTH INTERMEDIARY | | PHONE 805-367-0800 |

**CERTIFIED MAIL**

DEC 14 2005

ADMINISTRATOR
Goleta Valley Community Hospital SNF
351 South Patterson Ave.
Santa Barbara, CA 93111

RE: Goleta Valley Community Hospital Skilled Nursing Facility (GVCHSNF), # 55-5617
    CMS Notification of PRRB Determination: RCL Exemption Requests
    Cost Reporting Periods Ending 9/30/95-96 and 12/31/96

Dear Administrator:

CMS has notified us that Provider Reimbursement and Review Board (PRRB) has made its determinations regardiing SNF RCL exemptions for GVCHSNF for the referenced cost reporting periods. Enclosed is a copy of CMS' November 16, 2005 letter. We have instructed the Audit Section (Ellen Corwin, Manager) to implement the ruling as soon as possible.

If there are any questions, please call Wayne Tada at (805) 367-0728 or me at 367-0726.

Sincerely,

Michael Bernal, Reimbursement Manager
Provider Audit & Reimbursement

Enclosure

CC: Ellen Corwin, Audit Manager
    George Garcia, Process Expert

Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop C2-21-15
Baltimore, Maryland 21244-1850

9363

## Center for Medicare Management

Refer to: FAHB4

16 NOV 2005

RECEIVED
PAD CAO

NOV 21 2005

11/24/05

Mr. Michael Bernal
Manager, Policy and Special Projects
United Government Services
5151 Camino Ruiz
Camarillo, CA 93012

Dear Mr. Bernal:

We have reviewed the record in the case of Goleta Valley Community Hospital (Goleta) vs. BlueCross BlueShield Association/United Government Services, LLC-CA, brought before the Provider Reimbursement Review Board (the Board) regarding the request of Goleta Valley Community Hospital SNF, Provider Number 55-5617, to be exempt from the application of the SNF RCL for the cost reporting periods ended September 30, 1995, September 30, 1996 and December 31, 1996. The Board's decision dated August 12, 2005 favored Goleta. However, the Administrator took review and has remanded the case to CMS for a determination on the merit of the application. Goleta is seeking to be exempt from the SNF RCL for the cost reporting periods ended September 30, 1995, September 30, 1996 and December 31, 1996 as a new provider under the regulatory provisions at 42 CFR 413.30(e).

Based on the documentation found in the record of the case, we are approving Goleta to be exempt from the application of the SNF RCL for the cost reporting periods ended September 30, 1995, September 30, 1996 and December 31, 1996. These exemptions apply only to the 15 beds that were certified for participation in the Medicare program effective December 7, 1994. If Goleta elected to be paid based upon a low-volume prospective payment rate under Section 1888(d) of the Social Security Act for the September 30, 1995, September 30, 1996 or December 31, 1996 cost reporting period, the provider would not be eligible to be exempt for that cost reporting period.

These exemptions are intended to recognize the difficulty that a provider may experience in meeting the applicable cost limits during its initial years of development. Although exemptions to the cost limits have been approved for Goleta for the cost reporting periods ended September 30, 1995, September 30, 1996, and December 31, 1996 in accordance with Federal regulations at 42 CFR 413.9 Goleta's reasonable costs are still subject to a limitation where those costs are found to be substantially out-of-line with other institutions in the same area which are similar in size, scope of service, utilization and other relevant factors.

These are the final decisions of the CMS. If Goleta is dissatisfied with these decisions, as provided at 42 CFR 413.30(c), it may seek review of these decisions by filing requests for hearing with the Provider Reimbursement Review Board within 180 days of the date of the revised NPRs. We refer you to Medicare regulations at Subpart R of Part 42 for further information about the Board's authority and proceedings before it.

If you have any questions regarding this letter, please contact Julie Stankivic at (410) 786-5725.

Sincerely yours,

Laurence D. Wilson
Director
Chronic Care Policy Group
Center for Health Plans and Providers