UNITED GOVERNMENT SERVICES, LLC CA    GOLETA VALLEY COTTAGE HOSP/SNF    P.O. BOX 9150    OXNARD   CA   93031    PAID DATE: 01/25/2006    REMIT#: 640    VER# 4010-AI    PAGE: 1

**55617**

**CLAIM DATA:**

| | |
|---|---|
| DAYS | |
| COST | 0 |
| COVDY | 0 |
| NCOVDY | 0 |
| | |
| CHARGES | |
| COVD | .00 |
| NCOVD | .00 |
| DENIED | .00 |
| | |
| PROF COMP | .00 |
| MSP PAYMT | .00 |
| DEDUCTIBLES | .00 |
| COINSURANCE | .00 |
| | |
| PAT REFUND | .00 |
| INTEREST | .00 |
| CONTRACT ADJ | .00 |
| PROC CD AMT | .00 |
| NET REIMB | .00 |

**SUMMARY**

**PASS THRU AMOUNTS:**

| | |
|---|---|
| CAPITAL | .00 |
| RETURN ON EQUITY | .00 |
| DIRECT MEDICAL EDUCATION | .00 |
| KIDNEY ACQUISITION | .00 |
| BAD DEBT | .00 |
| NON PHYSICIAN ANESTHETISTS: | .00 |
| TOTAL PASS THRU | .00 |
| | |
| PIP PAYMENT | .00 |
| SETTLEMENT PAYMENTS | 586,019.00 |
| ACCELERATED PAYMENTS | .00 |
| REFUNDS | .00 |
| PENALTY RELEASE | .00 |
| TRANS OUTP PYMT | .00 |
| HEMOPHILIA ADD-ON | .00 |
| NEW TECH/ECT ADD-ON | .00 |
| | |
| WITHHOLD FROM PAYMENTS | .00 |
| CLAIMS ACCOUNTS RECEIVABLE: | .00 |
| ACCELERATED PAYMENTS | .00 |
| PENALTY | .00 |
| SETTLEMENT | .00 |
| TOTAL WITHHOLD | .00 |

**PROVIDER PAYMENT RECAP**

| | |
|---|---|
| PAYMENTS | |
| DRG OUT AMT | .00 |
| INTEREST | .00 |
| PROC CD AMT | .00 |
| NET REIMB | .00 |
| TOTAL PASS THRU | .00 |
| PIP PAYMENTS | .00 |
| SETTLEMENT PYMTS | 586,019.00 |
| ACCELERATED PAYMENTS | .00 |
| REFUNDS | .00 |
| PENALTY RELEASE | .00 |
| TRANS OUTP PYMT | .00 |
| HEMOPHILIA ADD-ON | .00 |
| NEW TECH/ECT ADD-ON | .00 |
| BALANCE FORWARD | .00 |
| WITHHOLD | .00 |
| ADJUSTMENT TO BALANCE: | .00 |
| NET PROVIDER PAYMENT: | 586,019.00 |
| (PAYMENTS MINUS WITHHOLD) | |
| CHECK/EFT NUMBER | EFT2081394 |

UNITED GOVERNMENT SERVICES, LLC CA    GOLETA VALLEY COTTAGE HOSP    P.O. BOX 9150    OXNARD    CA 93031    VER# 4010-AI

CLAIM: 050357

PAID DATE: 01/25/2006    REMIT#: 3214    PAGE: 6

CLAIM DATA:

## SUMMARY

### PASS THRU AMOUNTS:

| | |
|---|---|
| CAPITAL | .00 |
| RETURN ON EQUITY | .00 |
| DIRECT MEDICAL EDUCATION | .00 |
| KIDNEY ACQUISITION | .00 |
| BAD DEBT | .00 |
| NON PHYSICIAN ANESTHETISTS: | .00 |
| TOTAL PASS THRU | .00 |

| | |
|---|---|
| PIP PAYMENT | .00 |
| SETTLEMENT PAYMENTS | 1.00 |
| ACCELERATED PAYMENTS | .00 |
| REFUNDS | 5,492.50 |
| PENALTY RELEASE | .00 |
| TRANS OUTP PYMT | .00 |
| HEMOPHILIA ADD-ON | .00 |
| NEW TECH/ECT ADD-ON | .00 |

### WITHHOLD FROM PAYMENTS:

| | |
|---|---|
| CLAIMS ACCOUNTS RECEIVABLE: | .00 |
| ACCELERATED PAYMENTS | .00 |
| PENALTY | .00 |
| SETTLEMENT | .00 |
| TOTAL WITHHOLD | .00 |

**DAYS**

| | |
|---|---|
| COST | 31 |
| COVDY | 31 |
| NCOVDY | 0 |

**CHARGES**

| | |
|---|---|
| COVD | 234,298.45 |
| NCOVD | .00 |
| DENIED | 10,420.75 |

| | |
|---|---|
| PROF COMP | .00 |
| MSP PYMT | .00 |
| DEDUCTIBLES | 6,231.56 |
| COINSURANCE | 1,081.33 |

| | |
|---|---|
| PAR REFUND | .00 |
| INTEREST | .00 |
| CONTRACT ADJ | 185,794.25 |
| PROC CD AMT | 411.95 |
| NET REIMB | 51,321.06 |

### PROVIDER PAYMENT RECAP

| | |
|---|---|
| PAYMENTS | |
| DRG OUT AMT | .00 |
| INTEREST | .00 |
| PROC CD AMT | 411.95 |
| NET REIMB | 51,321.06 |
| TOTAL PASS THRU | .00 |
| PIP PAYMENTS | .00 |
| SETTLEMENT PYMTS | 1.00 |
| ACCELERATED PAYMENTS | .00 |
| REFUNDS | 5,492.50 |
| PENALTY RELEASE | .00 |
| TRANS OUTP PYMT | .00 |
| HEMOPHILIA ADD-ON | .00 |
| NEW TECH/ECT ADD-ON | .00 |
| BALANCE FORWARD | .00 |
| WITHHOLD | .00 |
| ADJUSTMENT TO BALANCE: | .00 |
| NET PROVIDER PAYMENT: | 56,814.56 |
| (PAYMENTS MINUS WITHHOLD) | |
| CHECK/EFT NUMBER | EFT2080819 |

*Bernal*



PART A INTERMEDIARY    NATIONAL FQHC INTERMEDIARY    **MEDICARE**

CENTERS for MEDICARE & MEDICAID SERVICES    REGIONAL HOME HEALTH INTERMEDIARY    PHONE 805-367-0800

January 18, 2006

Ms. Joan Bricher, SVP of Finance/CFO
Goleta Valley Cottage Hospital
Pueblo at Bath Streets
P.O. Box 689
Santa Barbara, CA 93102-

### SUBJECT:  REVISED NOTICE OF AMOUNT OF PROGRAM REIMBURSEMENT

**Provider No.: 05-0357/55-5617**
**Reporting Period From: 10/01/95 Through 09/30/96**

Dear Ms. Bricher:

We have computed a revised final settlement for the above noted fiscal year. The attached "Revised Adjustment Report" incorporates the appeal decision for the following issues:

| <u>Case No.</u> | <u>Issues</u> |
|---|---|
| 99-0246 | SNF –RCL |

Attached please find Exhibit "A" summarizing the amount of program reimbursement.

Your cost report was due **April 30, 1997** and was received on **May 29, 1997** with a postmark date of **May 29, 1997**.

The net result of this settlement is **$285,376 due your facility**.

This amount is scheduled to be paid to your facility. However, if your facility has outstanding liabilities due the Medicare Program, we are obligated to recoup the applicable amounts from the payable above.

If your facility had an approved Extended Repayment Plan prior to determination of this underpayment, you have fifteen (15) calendar days from the date of this letter to submit a statement along with any pertinent evidence as to why this underpayment should not be offset.

Ms. Bricher, SVP of Finance/CFO
January 18, 2006
Page 2


Your response must be received by **February 2, 2006,** for it to be considered timely. In the event
your response is not received timely, we will offset the funds to reduce the outstanding balance of
the Extended Repayment Plan. If a response is received timely, we will not take action to offset the
funds until we complete our review of the submitted documentation for a final determination.
Should we determine that the offset is appropriate, in whole or in part, we will notify you in writing
of our specific findings of the conditions on which the offset was based, and an explanatory
statement for the final decision.

Please send your payments and financial data to:

    Payments
United Government Services
California Non-MSP
Box 88969
Milwaukee, WI 53288-0969

    Payments / Financial Data           Certified Mail Address
Ms. Rosa Bezada                    5151-B Camino Ruiz, Bldg. G
Provider Accounting Department      Camarillo, CA 93012-8645
United Government Services, LLC.
P.O. Box 9150
Oxnard, California 93031-9150
Telephone # (805) 367-0709

If you have any questions, please call Sohair Asaad at (805) 367-0670.

Sincerely,

*Ellen Corwin*

Ellen Corwin, Manager
Provider Audit Department

EC/sa/rs

Enclosure

cc:   Provider Accounting
      Provider Appeals

**UNITED GOVERNMENT SERVICES, LLC.**
California Provider Audit Department

EXHIBIT A
Page 1 of 5

REVISED NOTICE OF AMOUNT OF
MEDICARE PROGRAM REIMBURSEMENT
REVISED SUMMARY OF FINAL SETTLEMENTS

Provider Name    :    Goleta Valley Hospital
Period From      :    10/01/95        To :    09/30/96

Revised NPR Date : 01/18/06        Revision # 1

| Provider No. | Components of Health Care Complex | Balance due Provider / (Medicare Program) | | |
|---|---|---|---|---|
| 05-0357 | Hospital | 0.00 | | Applicable for cost reporting periods beginning on and after October 1, 1999 and prior to October 1, 2000. |
| | Subprovider I | | | **OASIS Settlement ($10 for each unduplicated beneficiary)** |
| | Subprovider II | | | |
| | Subprovider III | | | |
| | Swing Bed - SNF | | | |
| 56-5817 | Skilled Nursing Facility (1) | 285,376.00 | | |
| | Skilled Nursing Facility (2) | | | |
| | Home Health Agency (1) | | | |
| | Home Health Agency (2) | | | |
| | Rehabilitation Facility (CORF) | | | |
| | Health Center (CMHC) | | | |
| | **SUB - TOTAL** | **285,376.00** | | Unduplicated Bene Count    0 |

Tentative Settlements Paid to Provider (b)    80,704.00    Lump Sum Adjustment    0

Amount Subject to Interest (late filing) (a-b)    Not Applica [illegible]    OASIS payments do not apply to this cost reporting period    0

Interest Assessed for Late Filing of Cost Report To be Determined

**TOTAL**    285,376.00

UNITED GOVERNMENT SERVICES, LLC.
California Provider Audit Department

EXHIBIT A
Page 2 of 5

Provider Name    : Goleta Valley Hospital
Provider Number  : 05-0357
Period From      : 10/01/95   To  09/30/96
Date of NPR      : 01/18/06

REVISED FINAL SETTLEMENT
HOSPITAL

| | PART A | | PART B | | TOTAL | |
| --- | --- | --- | --- | --- | --- | --- |
| | As Audited | Revision #1 | As Audited | Revision #1 | As Audited | Revision #1 |
| A. Adjusted Amount Payable to Provider (Worksheet E Series) | 3,725,899 | 3,725,899 | 610,453 | 610,453 | 4,336,352 | 4,336,352 |
| B. Interim Payments (Includes Lump-Sum Adjustments) | 3,721,238 | 3,721,238 | 486,219 | 486,219 | 4,207,457 | 4,207,457 (A) |
| C. Payments to (Repayments by) Provider (Tentative Settlements and Prior NPRs) | 0 | 4,661 | 0 | 124,234 | 0 | 128,895 |
| D. Balance due Provider/(Medicare Program) (Line A, minus sum of Lines B and C) | 4,661 | 0 | 124,234 | 0 | 128,895 | 0 (B) |

Note: The cost report amounts are obtained from Form HCFA 2552, Worksheet E, Part A and Worksheet E, Part B.

Forms \ Exhibit A \ Hospital.xls 112/23/04

**UNITED GOVERNMENT SERVICES, LLC.**
California Provider Audit Department

EXHIBIT A

Provider Name   : Goleta Valley Hospital ✓
Provider Number  : 55-5617 ✓
Period From    : 10/01/95 ✓ To  09/30/96 ✓
Date of NPR    : 01/18/06 ✓

REVISED FINAL SETTLEMENT
HOSPITAL BASED SNF (1)

Page 3 of 5

| | PART A | | PART B | | TOTAL | |
|---|---|---|---|---|---|---|
| | As Audited | Revision # 1 | As Audited | Revision # 1 | As Audited | Revision # 1 |
| A. Adjusted Amount Payable to Provider (Supplement Worksheet E Series) | 423,371 ✓ | 708,747 ✓ | 15,861 ✓ | 15,861 ✓ | 439,232 | 724,608 |
| B. Interim Payments (Includes Lump-Sum Adjustments) | 486,915 ✓ | 486,915 ✓ | 508 ✓ | 508 ✓ | 487,423 | 487,423 (K) |
| C. Payments to (Repayments by) Provider (Tentative Settlements and Prior NPR | 0 | (63,544) | 0 | 15,353 | 0 | (48,191) (L) |
| D. Balance due Provider/(Medicare Program) (Line A, minus sum of Lines B and C) | (63,544) | 265,376 | 15,353 | 15,353 | (48,191) | 265,376 |

Note: The cost report amounts are obtained from Form HCFA 2552, Supplemental Worksheet E-3, Part II and Worksheet E, Part B.

**UNITED GOVERNMENT SERVICES, LLC.**

Provider Name: Goleta Valley Hospital
Period From: 10/01/95 To: 09/30/96
Date: 01/18/06

### Lump-Sum Adjustments Included in Interim Payments (From 2552 Wkst E-1 or Suppl. Wkst H7, J4 or M4)

| Provider Number & Type | Date | Part A | Part B | Total | Ref. |
|---|---|---|---|---|---|
| 05-0357 (Hospital) | 01/26/96 | | (3,362) | (3,362) | |
| | 04/17/96 | | (26,217) | (26,217) | |
| (Sub-Prov. I) | | | | | |
| (Sub-Prov. II) | | | | | |
| (Sub-Prov. III) | | | | | |
| (Swing Beds-SNF) or (SNF) (2) | | | | | |
| **Total** | | | (29,579) | (29,579) | (A) |
| | | (C) | (E) | (G) | (I) |

### Tentative Settlement Payments to / (Repayments by) Provider (From 2552 Wkst E-1 or Supplemental Wkst H7, J4 or M4)

| Date | Part A | Part B | Total | Date | Part A | Part B | Total | Ref. |
|---|---|---|---|---|---|---|---|---|
| 07/10/97 | 7,998 | 66,656 | 74,654 | | | | | |
| 09/22/98 | (3,335) | 57,576 | 54,241 | | | | | |
| **Subtotal** | 4,661 | 124,234 | 128,895 | **Total** | 4,661 | 124,234 | 128,895 | (B) |
| **Subtotal** | | | | **Total** | | | | (D) |
| **Subtotal** | | | | **Total** | | | | (F) |
| **Subtotal** | | | | **Total** | | | | (H) |
| **Subtotal** | | | | **Total** | | | | (J) |

* These rows for acknowledgement / Provider Payments only!

Form 1 Exhibit A \ Hospital.xls 1/12/2004

# UNITED GOVERNMENT SERVICES, LLC.

Provider Name: Goleta Valley Hospital
Period From: 10/01/95 To: 09/30/96
Date:

## Lump-Sum Adjustments Included in Interim Payments
(From 2552 Wkst E-I or Suppl. Wkst H7, J4 or M4)

| Provider Number & Type | Date | Part A Amount | Part B Amount | Total | Ref. |
|---|---|---|---|---|---|
| 55-5817 (SNF) (1) | 05/03/96 | 36,299 | | 36,299 | (S) |
| HHA (1) | Total | 36,299 | | 36,299 | (K) |
| HHA (2) | Total | | | | (O) |
| CORF | Total | | | | (Q) |
| CHMC | Total | | | | (S) |

## Tentative Settlement Payments to / (Repayments by) Provider
(From 2552 Wkst E-I or Supplemental Wkst H7, J4 or M4)

| Date | Part A Amount | Part B Amount | Total | Date | Part A Amount | Part B Amount | Total | Ref. |
|---|---|---|---|---|---|---|---|---|
| 07/10/97 | (4,259) | (3,249) | (7,508) | | | | | |
| 09/29/98 | (59,285) | 18,602 | (40,683) | | | | | |
| Subtotal | (63,544) | 15,353 | (48,191) | Total | (63,544) | 15,353 | (48,191) | (L) |
| Subtotal | | | | Total | | | | (N) |
| Subtotal | | | | Total | | | | (P) |
| Subtotal | | | | Total | | | | (R) |
| Subtotal | | | | Total | | | | (T) |

* These rows are for acknowledgement / Provider Payments only

Forms I Exhibit A I Hospitals.xls 1/27/2004



| | PART A INTERMEDIARY    NATIONAL FQHC INTERMEDIARY | **MEDICARE** |
|---|---|---|
| | REGIONAL HOME HEALTH INTERMEDIARY | PHONE 805-367-0800 |

January 18, 2006

Ms. Joan Bricher, SVP of Finance/CFO
Goleta Valley Cottage Hospital
Pueblo at Bath Streets
P.O. Box 689
Santa Barbara, CA 93102-


**SUBJECT:  REVISED NOTICE OF AMOUNT OF PROGRAM REIMBURSEMENT**

> **Provider No.:   05-0357/55-5617**
> **Reporting Period From: 10/01/94 Through 09/30/95**

Dear Ms. Bricher:

We have computed a revised final settlement for the above noted fiscal year.  The attached "Revised Adjustment Report" incorporates the appeal decision for the following issues:

> **Case No.**      **Issues**
>
> **97-1198**      **SNF –RCL**

Attached please find Exhibit "A" summarizing the amount of program reimbursement.

Your cost report was due **February 29, 1996** and was received on **March 4, 1996** with a postmark date of **February 29, 1996.**

The net result of this settlement is **$272,084** due your facility.

This amount is scheduled to be paid to your facility.  However, if your facility has outstanding liabilities due the Medicare Program, we are obligated to recoup the applicable amounts from the payable above.

If your facility had an approved Extended Repayment Plan prior to determination of this underpayment, you have fifteen (15) calendar days from the date of this letter to submit a statement along with any pertinent evidence as to why this underpayment should not be offset.

Ms. Bricher, SVP of Finance/CFO
January 18, 2006
Page 2


Your response must be received by **February 2, 2006**, for it to be considered timely.  In the event your response is not received timely, we will offset the funds to reduce the outstanding balance of the Extended Repayment Plan.  If a response is received timely, we will not take action to offset the funds until we complete our review of the submitted documentation for a final determination. Should we determine that the offset is appropriate, in whole or in part, we will notify you in writing of our specific findings of the conditions on which the offset was based, and an explanatory statement for the final decision.

Please send your payments and financial data to:

   <u>Payments</u>
United Government Services
California Non-MSP
Box 88969
Milwaukee, WI 53288-0969


   <u>Payments</u> / <u>Financial Data</u>                    <u>Certified Mail Address</u>
Ms. Rosa Bezada                                 5151-B Camino Ruiz, Bldg. G
Provider Accounting Department                  Camarillo, CA 93012-8645
United Government Services, LLC.
P.O. Box 9150
Oxnard, California 93031-9150
Telephone #  (805) 367-0709

If you have any questions, please call Sohair Asaad at (805) 367-0670.

Sincerely,

*Ellen Corwin*

Ellen Corwin, Manager
Provider Audit Department

EC/sa/rs

Enclosure

cc:   Provider Accounting
      Provider Appeals

# UNITED GOVERNMENT SERVICES, LLC.
## California Provider Audit Department

EXHIBIT A
Page 1 of 5

### REVISED NOTICE OF AMOUNT OF
### MEDICARE PROGRAM REIMBURSEMENT
### REVISED SUMMARY OF FINAL SETTLEMENTS

Provider Name : Goleta Valley Hospital
Period From : 10/01/94    To : 09/30/95

Revised NPR Date : 01/18/06    Revision # 1

| Provider No. | Components of Health Care Complex | Balance due Provider / (Medicare Program) |
|---|---|---|
| 05-0357 | Hospital | 1.00 |
| | Subprovider I | |
| | Subprovider II | |
| | Subprovider III | |
| | Swing Bed - SNF | |
| 55-5617 | Skilled Nursing Facility (1) | 272,083.00 |
| | Skilled Nursing Facility (2) | |
| | Home Health Agency (1) | |
| | Home Health Agency (2) | |
| | Rehabilitation Facility (CORF) | |
| | Health Center (CMHC) | |

SUB - TOTAL                          272,084.00

Tentative Settlements Paid to Provider (b)        0.00

Amount Subject to Interest (late filing) (a-b)    Not Applica

Interest Assessed for Late Filing of Cost Report To be Determined

TOTAL        272,084.00

Applicable for cost reporting periods beginning on and after October 1, 1999 and prior to October 1, 2000.

OASIS Settlement ($10 for each unduplicated beneficiary)

| | |
|---|---|
| Unduplicated Items Count | 0 |
| Lump Sum Adjustment | 0 |
| OASIS payments do not apply to this cost reporting period. | 0 |

Forms \ Exhibit A \ Hospital.xls 1\22/23/04

UNITED GOVERNMENT SERVICES, LLC.
California Provider Audit Department

Provider Name      : Goleta Valley Hospital

Provider Number    : 05-0357

Period From        : 10/01/94    To   09/30/95

Date of NPR        : 01/18/06

REVISED FINAL SETTLEMENT

HOSPITAL

| | PART A | | PART B | | TOTAL | |
|---|---|---|---|---|---|---|
| | As Audited | Revision #1 | As Audited | Revision #1 | As Audited | Revision #1 |
| A. Adjusted Amount Payable to Provider (Worksheet E Series) | 4,423,817 | 4,423,817 | 479,273 | 479,273 | 4,903,090 | 4,903,090 |
| B. Interim Payments (includes Lump-Sum Adjustments) | 4,422,348 | 4,422,348 | 623,947 | 623,947 | 5,046,295 | 5,046,295 (A) |
| C. Payments to (Repayments by) Provider (Tentative Settlements and Prior NPRs) | 0 | 1,469 | 0 | ( 144,675 ) | 0 | ( 143,206 ) (B) |
| D. Balance due Provider/(Medicare Program) (Line A, minus sum of Lines B and C) | 1,469 | 0 | ( 144,674 ) | 1 | ( 143,205 ) | 1 |

Note: The cost report amounts are obtained from Form HCFA 2552, Worksheet E, Part A and Worksheet E, Part B.

Forms \ Exhibit A \ Hospital.xls 1/2/23/04

**UNITED GOVERNMENT SERVICES, LLC.**

California Provider Audit Department

EXHIBIT A

Provider Name   :   Goleta Valley Hospital

Provider Number   :   55-5617

Period From   :   12/7/94   To   09/30/95

Date of NPR   :   01/18/06

## REVISED FINAL SETTLEMENT

### HOSPITAL BASED SNF (1)

Page 3 of 5.

| | PART A | | PART B | | TOTAL | |
|---|---|---|---|---|---|---|
| | As Audited | Revision # 1 | As Audited | Revision # 1 | As Audited | Revision # 1 |
| A. Adjusted Amount Payable to Provider (Supplement Worksheet E Series) | 501,445 | 773,528 | 2,607 | 2,607 | 504,052 | 776,135 |
| B. Interim Payments (Includes Lump-Sum Adjustments) | 598,155 | 598,155 | 6,102 | 6,102 | 604,257 | 604,257 (X) |
| C. Payments to (Repayments by) Provider (Tentative Settlements and Prior NPR: | 0 | ( 96,710 ) | 0 | ( 3,495 ) | 0 | ( 100,205 ) (L) |
| D. Balance due Provider/(Medicare Program) (Line A, minus sum of Lines B and C) | ( 96,710 ) | 272,083 | ( 3,495 ) | 0 | ( 100,205 ) | 272,083 |

Note: The cost report amounts are obtained from Form HCFA 2552, Supplemental Worksheet E-3, Part II and Worksheet E, Part B.

Forms \ Exhibit A \ Hospital.xls \ 12/23/04

01/25/2006 08:51 FAX 805 387 0775 ☐016

**UNITED GOVERNMENT SERVICES, LLC.**

California Provider Audit Department

EXHIBIT A
Page 4 of 5

Provider Name: Goleta Valley Hospital
Period From : 10/01/94 To: 09/30/95
Date         01/18/06

| Provider Number & Type (Hospital) | Date | Lump-Sum Adjustments Included in Interim Payments (From 2552 Wkst E-1 or Suppl. Wkst H7, J4 or M4) | | | Ref. |
|---|---|---|---|---|---|
| | | Part A | Amount Part B | Total | |
| 05-0357 | | | | | (A) |
| (Sub - Prov. I) | Total | | | | (C) |
| (Sub - Prov. II) | Total | | | | (E) |
| (Sub - Prov. III) | Total | | | | (G) |
| (Swing Beds - SNF) or (SNF) (2) | Total | | | | (I) |

Form s \ Exhibit A \ Hospitals 11/23/04

| | Date | Tentative Settlement Payments to / (Repayments by) Provider (From 2552 Wkst E-1 or Supplemental Wkst H7, J4 or M4) | | | Date | | | | Ref. |
|---|---|---|---|---|---|---|---|---|---|
| | | Part A | Amount Part B | Total | | Part A | Amount Part B | Total | |
| | 03/27/96 | 1 | | | | 1,469 | (144,676) | (143,206) | (B) |
| | 08/09/96 | 91,110 | (80,347) | (80,346) | | | | | |
| | 02/13/97 | (88,642) | (84,328) | (91,110) | | | | | |
| | | | | (173,970) | | | | | |
| | Subtotal | 1,469 | (144,676) | (143,206) | Total | | | | |
| | Subtotal | | | | Total | | | | (D) |
| | Subtotal | | | | Total | | | | (F) |
| | Subtotal | | | | Total | | | | (H) |
| | Subtotal | | | | Total | | | | (J) |

* These rows for actual/adjusted / Provider Payments only!

**UNITED GOVERNMENT SERVICES, LLC.**

Provider Name: Goleta Valley Hospital
Period From: 10/01/94 To: 09/30/05
Date: 01/16/06

California Provider Audit Department

EXHIBIT A
Page 5 of 5

**Lump-Sum Adjustments Included In Interim Payments**
(From 2552 Wkst E-1 or Suppl. Wkst H7, J4 or M4)

| Provider Number & Type | Date | | Amount | | | Ref. |
|---|---|---|---|---|---|---|
| | | Part A | Part B | Total | | |
| 55-5817 (SNF) (1) | | | | | | |
| | Total | | | | | (K) |
| HHA (1) | | | | | | |
| | Total | | | | | (M) |
| HHA (2) | | | | | | |
| | Total | | | | | (O) |
| CORF | | | | | | |
| | Total | | | | | (Q) |
| CHMC | | | | | | |
| | Total | | | | | (S) |

**Tentative Settlement Payments to / (Repayments by) Provider**
(From 2552 Wkst E-1 or Supplemental Wkst H7, J4 or M4)

| | Date | | Amount | | | Date | | Amount | | | Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Part A | Part B | Total | | | Part A | Part B | Total | | |
| | 03/27/96 | 185,469 | (3,438) | 182,031 | | | | | | | |
| | 02/13/97 | (282,179) | (57) | (282,236) | | | | | | | |
| | Subtotal | (96,710) | (3,495) | (100,205) | Total | | (96,710) | (3,495) | (100,205) | | (L) |
| | Subtotal | | | | Total | | | | | | (N) |
| | Subtotal | | | | Total | | | | | | (P) |
| | Subtotal | | | | Total | | | | | | (R) |
| | Subtotal | | | | Total | | | | | | (T) |

Forms 1 Exhibit A 1 Hospital.xls 11/23/04

* These rows are for acknowledgement / Provider Payments only



| PART A INTERMEDIARY | NATIONAL FQHC INTERMEDIARY | **MEDICARE** |
|---|---|---|
| | REGIONAL HOME HEALTH INTERMEDIARY | PHONE 805-367-0900 |

January 18, 2006

Ms. Joan Bricher, SVP of Finance/CFO
Goleta Valley Cottage Hospital
Pueblo at Bath Streets
P.O. Box 689
Santa Barbara, CA  93102-

### SUBJECT:  REVISED NOTICE OF AMOUNT OF PROGRAM REIMBURSEMENT

**Provider No.:  05-0357/55-5617**
**Reporting Period From:  10/01/96 Through 12/31/96**

Dear Ms. Bricher:

We have computed a revised final settlement for the above noted fiscal year.  The attached "Revised Adjustment Report" incorporates the appeal decision for the following issues:

| **Case No.** | **Issues** |
|---|---|
| **99-0247** | **SNF –RCL** |

Attached please find Exhibit "A" summarizing the amount of program reimbursement.

Your cost report was due **June 2, 1997** and was received on **May 21, 1997** with a postmark date of **May 19, 1997**.

The net result of this settlement is **$28,560** due your **facility**.

This amount is scheduled to be paid to your facility.  However, if your facility has outstanding liabilities due the Medicare Program, we are obligated to recoup the applicable amounts from the payable above.

If your facility had an approved Extended Repayment Plan prior to determination of this underpayment, you have fifteen (15) calendar days from the date of this letter to submit a statement along with any pertinent evidence as to why this underpayment should not be offset.

Ms. Bricher, SVP of Finance/CFO
January 18, 2006
Page 2


Your response must be received by **February 2, 2006,** for it to be considered timely. In the event
your response is not received timely, we will offset the funds to reduce the outstanding balance of
the Extended Repayment Plan. If a response is received timely, we will not take action to offset the
funds until we complete our review of the submitted documentation for a final determination.
Should we determine that the offset is appropriate, in whole or in part, we will notify you in writing
of our specific findings of the conditions on which the offset was based, and an explanatory
statement for the final decision.

Please send your payments and financial data to:

    Payments
United Government Services
California Non-MSP
Box 88969
Milwaukee, WI 53288-0969

    Payments / Financial Data                      Certified Mail Address
Ms. Rosa Bezada                                 5151-B Camino Ruiz, Bldg. G
Provider Accounting Department          Camarillo, CA 93012-8645
United Government Services, LLC.
P.O. Box 9150
Oxnard, California 93031-9150
Telephone # (805) 367-0709

If you have any questions, please call Sohair Asaad at (805) 367-0670.

Sincerely,

*Ellen Corwin*

Ellen Corwin, Manager
Provider Audit Department

EC/sa/rs

Enclosure

cc:   Provider Accounting
       Provider Appeals

# UNITED GOVERNMENT SERVICES, LLC.
California Provider Audit Department

EXHIBIT A
Page 1 of 5

REVISED NOTICE OF AMOUNT OF
MEDICARE PROGRAM REIMBURSEMENT
REVISED SUMMARY OF FINAL SETTLEMENTS

Provider Name  :  Goleta Valley Hospital
Period From  :  10/01/96        To  :  12/31/98

Revised NPR Date :  01/18/06        Revision # 1

| Provider No. | Components of Health Care Complex | Balance due Provider / (Medicare Program) |
|---|---|---|
| 05-0357 | Hospital | 0.00 |
| | Subprovider I | |
| | Subprovider II | |
| | Subprovider III | |
| | Swing Bed - SNF | |
| 55-5617 | Skilled Nursing Facility (1) | 28,560.00 |
| | Skilled Nursing Facility (2) | |
| | Home Health Agency (1) | |
| | Home Health Agency (2) | |
| | Rehabilitation Facility (CORF) | |
| | Health Center (CMHC) | |
| | **SUB - TOTAL** | 28,560.00 |

Tentative Settlements Paid to Provider (b)        0.00
Amount Subject to Interest (late filing) (a-b)        Not Applic
Interest Assessed for Late Filing of Cost Report To be Determined

**TOTAL**        28,560.00

Forms \ Exhibit A \ Hospital.xls 1/2/23/04

Applicable for cost reporting periods beginning on and after October 1, 1999 and prior to October 1, 2000.

OASIS Settlement ($10 for each unduplicated beneficiary)

| | |
|---|---|
| Unduplicated bene Count | 0 |
| Lump Sum Adjustment. | 0 |

OASIS payments do not apply to this cost reporting period        0

UNITED GOVERNMENT SERVICES, LLC.
California Provider Audit Department

EXHIBIT A
Page 2 of 5

REVISED FINAL SETTLEMENT

HOSPITAL

Provider Name        :  Goleta Valley Hospital
Provider Number     :  05-0357
Period From          :  10/01/96  To  12/31/96
Date of NPR          :  01/18/06

| | PART A | | PART B | | TOTAL | |
|---|---|---|---|---|---|---|
| | As Audited | Revision # 1 | As Audited | Revision # 1 | As Audited | Revision # 1 |
| A.  Adjusted Amount Payable to Provider (Worksheet E Series) | 711,199 | 711,199 | 61,949 | 61,949 | 773,148 | 773,148 |
| B.  Interim Payments (Includes Lump-Sum Adjustments) | 712,063 | 712,063 | 123,099 | 123,099 | 835,162 | 835,162 (A) |
| C.  Payments to (Repayments by) Provider (Tentative Settlements and Prior NPRs) | 0 | (864) | 0 | (61,150) | 0 | (62,014) (B) |
| D.  Balance due Provider/(Medicare Program) (Line A, minus sum of Lines B and C) | (864) | 0 | (61,150) | 0 | (62,014) | 0 |

Note: The cost report amounts are obtained from Form HCFA 2552, Worksheet E, Part A and Worksheet E, Part B.

Forms \ Exhibit A \ Hospital.xls 11/23/04

UNITED GOVERNMENT SERVICES, LLC.
California Provider Audit Department

EXHIBIT A

REVISED FINAL SETTLEMENT
HOSPITAL BASED SNF (1)

Page 3 of 5

| | | | PART A | | PART B | | TOTAL | |
|---|---|---|---|---|---|---|---|---|
| Provider Name | : Goleta Valley Hospital | | As Audited | Revision #1 | As Audited | Revision #1 | As Audited | Revision #1 |
| Provider Number | : 55-5617 | | | | | | | |
| Period From | : 10/01/96  To  12/31/96 | | | | | | | |
| Date of NPR | : 01/18/06 | | | | | | | |
| A. Adjusted Amount Payable to Provider (Supplement Worksheet E Series) | | | 74,969 | 103,529 | 0 | 0 | 74,969 | 103,529 |
| B. Interim Payments (Includes Lump-Sum Adjustments) | | | 59,030 | 59,030 | 0 | 0 | 59,030 | 59,030 (K) |
| C. Payments to (Repayments by) Provider (Tentative Settlements and Prior NPR) | | | 0 | 15,939 | 0 | 0 | 0 | 15,939 (L) |
| D. Balance due Provider/(Medicare Program) (Line A, minus sum of Lines B and C) | | | 15,939 | 28,560 | 0 | 0 | 15,939 | 28,560 |

Note: The cost report amounts are obtained from Form HCFA 2552, Supplemental Worksheet E-3, Part B and Worksheet E, Part B.

Forms \ Exhibit A \ Hospital.xls 1/23/04

UNITED GOVERNMENT SERVICES, LLC.

Provider Name: Goleta Valley Hospital
Period From : 10/01/96 To: 12/31/96
Date : 01/19/06

California Provider Audit Department

EXHIBIT A
Page 4 of 5

| Provider | | Lump-Sum Adjustments Included in Interim Payments (From 2552 Wkst E-1 or Suppl. Wkst H7, J4 or M4) | | | | | Tentative Settlement Payments to / (Repayments by) Provider (From 2552 Wkst E-1 or Supplemental Wkst H7, J4 or M4) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number & Type | Date | Part A | Amount Part B | Total | Ref. | Date | Part A | Amount Part B | Total | Date | Part A | Amount Part B | Total | Ref. |
| 05-0357 (Hospital) | 02/26/97 | | (2,926) | (2,926) | | 07/10/97 09/29/98 | (864) (864) | (26,972) (35,178) | (26,972) (36,042) | | (864) | (61,150) | (62,014) | |
| | Total | | (2,926) | (2,926) | (A) | | (864) | (61,150) | (62,014) | Total | (864) | (61,150) | (62,014) | (B) |
| (Sub - Prov. I) | Total | | | | (C) | Subtotal | | | | Total | | | | (D) |
| (Sub - Prov. II) | Total | | | | (E) | Subtotal | | | | Total | | | | (F) |
| (Sub - Prov. III) | Total | | | | (G) | Subtotal | | | | Total | | | | (H) |
| (Swing Beds - SNF) or (SNF) (2) | Total | | | | (I) | Subtotal | | | | Total | | | | (J) |

Forms 1 Exhibit A 1 Hospital.xls 11/23/2004

\* These rows for acknowledgement / Provider Payments only!

UNITED GOVERNMENT SERVICES, LLC.

Provider Name: Goleta Valley Hospital
Period From: 10/01/96 To: 12/31/96
Date: 01/18/05

Lump-Sum Adjustments Included in Interim Payments
(From 2552 Wkst E-1 or Suppl. Wkst H7, J4 or M4)

| Provider | Number & Type | Date | Amount | | | Ref. |
|---|---|---|---|---|---|---|
| | | | Part A | Part B | Total | |
| | 55-6417 (SNF) (1) | 02/26/97 | (46,393) | | (46,393) | (S) |
| HHA (1) | Total | | (46,393) | | (46,393) | (K) |
| HHA (2) | Total | | | | | (M) |
| CORF | Total | | | | | (Q) |
| CHMC | Total | | | | | (S) |

Tentative Settlement Payments to / (Repayments by) Provider
(From 2552 Wkst E-1 or Supplemental Wkst H7, J4 or M4)

| Date | Amount | | | Date | Amount | | | Ref. |
|---|---|---|---|---|---|---|---|---|
| | Part A | Part B | Total | | Part A | Part B | Total | |
| 07/10/97 | 8,804 | (4,663) | 4,141 | | | | | |
| 09/29/98 | 7,135 | 4,663 | 11,798 | | | | | |
| Subtotal | 15,939 | | 15,939 | Total | | | 15,939 | (L) |
| Subtotal | | | | Total | | | | (N) |
| Subtotal | | | | Total | | | | (P) |
| Subtotal | | | | Total | | | | (R) |
| Subtotal | | | | Total | | | | (T) |

* These rows are for acknowledgement / Provider Payments only!

Form I Exhibit A I Hospital.xls 1/2/2004