UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOLETA VALLEY COMMUNITY HOSPITAL,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL O. LEAVITT, Secretary of Health and Human Services,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil No. 05-2323 (DAR)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss, any response thereto, and the entire record herein, it is this ____ day of _____, 2006,

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Plaintiff's complaint is DISMISSED with prejudice; and it is further

ORDERED that this case is CLOSED.

　

_____
DEBORAH A. ROBINSON
United States Magistrate Judge