UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOLETA VALLEY COMMUNITY HOSPITAL, ) ) ) Plaintiff, ) ) v. ) ) MICHAEL O. LEAVITT, Secretary of Health and Human Services ) ) ) ) Defendant. ) ) | Civil No. 05-2323 (DAR) *ECF* |

**PLAINTIFF GOLETA VALLEY'S UNOPPOSED MOTION
TO EXTEND TIME TO RESPOND TO MOTION FOR DISMISSAL**

Plaintiff Goleta Valley Community Hospital ("Goleta") respectfully moves this Court for a fourteen day extension of time, up to an including March 27, 2006, in which to respond to Defendant's Motion to Dismiss. In support thereof, Goleta would respectfully show the Court as follows:

1. This proceeding concerns judicial review, under 42 U.S.C. § 1395oo(f), of decisions from the Department of Health and Human Services. It involves a decade-long dispute concerning Goleta's entitlement to a "new provider" exemption from the routine cost limits ordinarily imposed on Medicare reimbursements.

2. On February 28, 2006, Defendant filed a motion to dismiss this action, and, with eleven days falling on a Saturday, Goleta's response is currently due on March 13, 2006. Goleta respectfully moves for a 14-day extension of time, up to and including March 27, 2006, in which to file its response to the motion to dismiss.

3. This is the first extension of time sought by Goleta, and no further extensions of time will be sought by Goleta in connection with the motion to dismiss. As there is no scheduling order in this case, an extension of time would have no effect on other deadlines.

4. Defendant previously obtained an unopposed extension of time in responding to Goleta's Complaint. In connection with the Defendant's first appearance in this matter, counsel for the parties discussed establishing a briefing schedule for the issues raised in the motion to dismiss (and other substantive issues) after the answer had been filed. When it appeared that the administrative record would be difficult to prepare, counsel for Defendant contacted Goleta's attorney to seek an extension of time to file an answer (which Goleta did not oppose). Although all discussions had centered on the filing of an answer followed by a briefing schedule, Defendant instead filed a motion to dismiss as his first responsive pleading.

5. Of course, as a matter of practice, Goleta's counsel would not have opposed the requested extension of time had it been raised in the context of a motion to dismiss. But Goleta would have begun gathering its evidence on its own, rather than waiting on the filing of the administrative record to be filed. Defendant's motion relies on extrinsic jurisdictional facts. *See* Mtn. to Dismiss at 8 n.9. In preparing a response, Goleta's counsel will now have to gather the administrative materials on his own, and the attorney historically familiar with this administrative proceeding will be out on spring break.

6. In addition, counsel for Goleta has been busy preparing for the submission of the appeal in *SeaRiver Maritime, Inc. v. Ella Pike*, which is currently set for submission before the Corpus Christi, Texas Court of Appeals on March 16, 2006. Given these and other time constraints, and given the fact that Defendant's motion is dispositive, Goleta's counsel needs additional time in which to file a response.

4206879v.1

7. On March 6, 2006, Paul Soeffing, counsel for Defendant, indicated that there was no objection to the extension of time requested by this motion.

8. This motion is not made for purposes of delay, but rather in good faith so that a thorough response may be presented to the Court for consideration.

9. A proposed order is attached.

Respectfully submitted,

/s/

**ALAN B. DAUGHTRY**
D.C. Bar No.: TX0029
**JACKSON WALKER L.L.P.**
1401 McKinney, Suite 1900
Houston, Texas  77010
Telephone:  (713) 752-4200
Facsimile:  (713) 752-4221
adaughtry@jw.com
GOLETA VALLEY COMMUNITY
HOSPITAL a/k/a GOLETA VALLEY
COTTAGE HOSPITAL

Of Counsel:

Barron P. Bogatto
Virginia C. Alverson
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone:  (713) 752-4200
Facsimile:  (713) 752-4221

## CERTIFICATE OF SERVICE

This is to certify that on this **7th** day of **March**, **2006**, a true and correct copy of the foregoing *Plaintiff's Unopposed Motion to Extend Time to Respond to Motion for Dismissal* was served electronically.

Paul Edwin Soeffing
U.S Department Of Health & Human Services
Office of the General Counsel
7500 Security Boulevard
Room C2-05-23
Baltimore, MD 21244-1850

Kenneth L. Wainstein
United States Attorney
Judiciary Center Building
555 4th Street, N.W. Room 10-106
Washington, DC 20530

Peter S. Smith
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. Room 10-106
Washington, DC 20530

/s/
_____
Alan B. Daughtry

4206879v.1