# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOLETA VALLEY COMMUNITY HOSPITAL, </br></br> Plaintiff, </br></br> v. </br></br> MICHAEL O. LEAVITT, Secretary of Health and Human Services </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Civil No. 05-2323 (DAR) |

## ORDER

Plaintiff's Motion to Extend Time is GRANTED. Plaintiff shall file a response to Defendant's Motion to Dismiss on or before March 27, 2006.

_____

Magistrate Judge Deborah A. Robinson

4207194v.1