UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOLETA VALLEY COMMUNITY HOSPITAL,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary of Health and Human Services<br><br>    Defendant. | Civil No. 05-2323 (DAR) |

## **ORDER**

Defendant's Motion to Dismiss is hereby DENIED. Pursuant to Fed. R. Civ. P. 12(a)(4), Defendant is directed to file an answer and the administrative record within 10 business days following entry of this order.

_____
Magistrate Judge Deborah A. Robinson

4224813v.1