UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOLETA VALLEY COMMUNITY HOSPITAL,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MICHAEL O. LEAVITT, Secretary of  )<br>Health and Human Services,  )<br>)<br>Defendant.  )<br>_____ ) | Civil No. 05-2323 (DAR)<br><br>**ECF** |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of two weeks, up to and including April 17, 2006, within which to file his reply to Plaintiff Goleta Valley's Response to the Secretary's Motion to Dismiss. In support of the instant motion, Defendant states as follows:

1. Plaintiff's Complaint seeks judicial review of a decision by the Secretary reviewing Plaintiff's request for certain Medicare reimbursement.

2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 et seq.

3. Agency counsel, who takes the lead in cases such as this one involving Medicare reimbursement, is involved in ongoing settlement proceedings for a case in the U.S. District Court for the Eastern District of Pennsylvania regarding the implementation of the new Medicare

Part D prescription drug benefit. <u>Erb v. McClellan</u>, No. 05-6201 (JP) (E.D. Pa. filed Dec. 5, 2005). These proceedings are consuming much of counsel's available time. In addition, counsel is involved in an administrative proceeding for which comments are due to the CMS Administrator on April 4, 2006.

    4. Because Plaintiff's response raises issues not addressed in the Secretary's opening brief, which require additional time for examination and response, and for the reasons detailed above, Defendant's counsel will need additional time to adequately prepare a reply to Plaintiff Goleta Valley's Response to the Secretary's Motion to Dismiss.

    5. The Secretary's reply to Plaintiff's response is currently due by April 3, 2006. <u>See</u> Minute Order signed by Magistrate Judge Deborah A. Robinson on Mar. 7, 2006. In order to allow sufficient time for preparation of an appropriate reply, the Secretary respectfully requests an enlargement of time of two weeks, up to and including April 17, 2006.

    6. This is the first enlargement of time sought by Defendant for this filing. Previously, Defendant sought and received a 7-day enlargement to file his response to Plaintiff's complaint and Plaintiff sought and received a 2-week enlargement to file its response to Defendant's motion to dismiss. If granted, this enlargement will have no effect on any other deadlines since there is no scheduling order in this case.

    7. In connection with LcvR 7(m), on March 28, 2006, agency counsel conferred with Plaintiff's counsel via telephone. On March 29, 2006, agency counsel received an email from Plaintiff's counsel stating that he does not oppose the instant motion.

    8. This request is made in good faith and not for purposes of delay.

    A proposed Order is attached.

        Respectfully submitted,

        /s/
        KENNETH L. WAINSTEIN, D.C. BAR # 451058
        United States Attorney

        /s/
        PETER S. SMITH, D.C. BAR # 465131
        Assistant United States Attorney
        United States Attorney's Office
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 307-0372

        /s/
        PAUL E. SOEFFING
        Attorney
        D.C. Bar No. 459480
        U.S. Department of Health and Human Services
        Office of the General Counsel
        Centers for Medicare & Medicaid Services Division
        Room C2-05-23
        7500 Security Boulevard
        Baltimore, Maryland 21244-1850
        (410) 786-1895

OF COUNSEL:

PAULA M. STANNARD
Acting General Counsel

KATHLEEN H. McGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
  Counsel for Litigation

United States Department of
  Health and Human Services