# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOLETA VALLEY COMMUNITY HOSPITAL, ) ) ) Plaintiff, ) ) v. ) ) MICHAEL O. LEAVITT, Secretary of Health and Human Services, ) ) ) Defendant. ) ) | Civil No. 05-2323 (DAR) ECF |

## ORDER

Upon consideration of Defendant's Unopposed Motion for Enlargement of Time and Memorandum of Points and Authorities in Support Thereof, and the entire record herein, it is this ____ day of _____, 2006,

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall file his reply to Plaintiff Goleta Valley's Response to the Secretary's Motion to Dismiss on or before April 17, 2006.

DEBORAH A. ROBINSON
United States Magistrate Judge