## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOLETA VALLEY COMMUNITY HOSPITAL, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MICHAEL O. LEAVITT, Secretary of Health and Human Services, | ) ) ) ) |
| Defendant. | ) ) |

Civil No. 05-2323 (DAR)

### DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of one week, up to and including April 24, 2006, within which to file his reply to Plaintiff Goleta Valley's Response to the Secretary's Motion to Dismiss. This is the Secretary's second request to enlarge this deadline. In connection with LCvR 7(m), the undersigned counsel of record called Plaintiff's counsel on April 14, 2006 in order to discuss the relief sought in this motion. The undersigned left a message for Plaintiff's counsel, who was out of the office and thus unable to discuss Defendant's Motion. In support of this Motion, Defendant states as follows:

1. Plaintiff's Complaint seeks judicial review of a decision by the Secretary reviewing Plaintiff's request for certain Medicare reimbursement. Defendant filed a motion to dismiss Plaintiff's Complaint. Defendant's reply in support of his motion currently is due by April 17, 2006.

2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 et seq.

3. Agency counsel, who takes the lead in cases such as this one involving Medicare reimbursement, will be away from the office on April 14 and April 17, 2006. In addition, the agency supervisory attorney handling this case is away from the office. It was not until April 14, 2006 that we realized that we would need the requested time to finalize and file the Secretary's reply.

4. During the review process, the undersigned counsel of record, AUSA Peter Smith, realized that additional legal research will be required prior to the filing of the Secretary's reply brief. Both agency counsel and his supervisor currently are out of the office and AUSA Smith is unable to confer with them about the reply until they return.

5. If granted, this enlargement will have no effect on any other deadlines in this case since there is no applicable scheduling order.

8. This request is made in good faith and not for purposes of delay.

A proposed Order is attached.

                            Respectfully submitted,

                            /s/
                            KENNETH L. WAINSTEIN, D.C. BAR # 451058
                            United States Attorney

                            /s/
                            PETER S. SMITH, D.C. BAR # 465131
                            Assistant United States Attorney
                            United States Attorney's Office
                            Civil Division

        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 307-0372

<u>OF COUNSEL</u>:

PAULA M. STANNARD
Acting General Counsel

KATHLEEN H. McGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
 Counsel for Litigation

United States Department of
 Health and Human Services