UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOLETA VALLEY COMMUNITY HOSPITAL, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil No. 05-2323 (DAR) |
| MICHAEL O. LEAVITT, Secretary of Health and Human Services, ) ) ) | |
| Defendant. ) ) | |

## ORDER

Upon consideration of Defendant's Motion for Enlargement of Time and Memorandum of Points and Authorities in Support Thereof, and the entire record herein, it is this ____ day of _____, 2006,

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall file his reply to Plaintiff Goleta Valley's Response to the Secretary's Motion to Dismiss on or before April 24, 2006.

---

DEBORAH A. ROBINSON
United States Magistrate Judge