UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOLETA VALLEY COMMUNITY HOSPITAL,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary of<br>    Health and Human Services<br><br>    Defendant. | Civil No. 05-2323 (DAR) |

**ORDER DENYING EXTENSION AND MOTION TO DISMISS**

Defendant's second motion for an enlargement of time to file a reply brief in support of the motion to dismiss is DENIED. The Court has reviewed the Defendant's motion to dismiss based on the motion, briefing and response filed. The motion to dismiss is hereby DENIED. Pursuant to Fed. R. Civ. P. 12(a)(4), Defendant is directed to file an answer and the administrative record within 10 business days following entry of this order.

                                                  Magistrate Judge Deborah A. Robinson

4242225v.1