

PART A INTERMEDIARY    NATIONAL FQHC INTERMEDIARY    MEDICARE

REGIONAL HOME HEALTH INTERMEDIARY    PHONE 805-367-0800

November 17, 2006

Mr. Wilson Leong, Managing Director
Provider Appeals
Blue Cross Blue Shield Association
225 North Michigan Avenue
Chicago, Illinois 60601-7680

Re:    Intermediary's Preliminary Position Paper

    **Provider Name: Goleta Valley Cottage**
    **Provider No.: 05-0357**
    **FYE: 12/31/96**
    **PRRB Case No.: 06-1961**

Dear Mr. Leong:

Attached is the Intermediary's Preliminary Position Paper. The Intermediary is filing their Preliminary in accordance with Board instructions and within the time frames as established by the Board. A copy (cover letter only) has been transmitted to the Board.

If you have any questions, please call Alex O. Cardero at (805) 367-0671.

Sincerely,

George R Garcia
Process Expert - Appeals
Provider Audit Department

Enclosures

Cc:  Steve Kirsh, PRRB (cover page only)
    Barron P. Bogatto of Jackson Walker L.L.P.
    File

UNITED GOVERNMENT SERVICES, LLC.

P.O. Box 9150, Oxnard, California 93031-9150 • Corporate Headquarters located in Milwaukee, WI
A CMS CONTRACTED INTERMEDIARY

EXHIBIT A

# BEFORE THE PROVIDER REIMBURSEMENT REVIEW BOARD

| | |
|---|---|
| Goleta Valley Cottage<br>(Provider)<br><br>vs.<br><br>United Government Services, LLC.<br>a Member of the Blue Cross and Blue Shield<br>Association, An Association of Independent<br>Blue Cross and Blue Shield Plans/<br>Blue Cross and Blue Shield Association<br><br>(Intermediary) | PRRB Case No: 06-1961<br><br>Provider No. 05-0357<br>FYE: 12/31/96 |

## INTERMEDIARY'S POSITION PAPER

Submitted By:

George R. Garcia
Process Expert – Provider Audit/Reimbursement Appeals
United Government Services, LLC.
Post Office Box 9150
Oxnard, California 93031-9150
(805)-367-0575

November 17, 2006

# TABLE OF CONTENTS

Page

I. Provider Statistical Data　　　　　　　　　　(Exhibits I-2 and I-3)

II. INTERMEDIARY'S POSITION

**Issue:** Whether the Intermediary should pay to what the Provider deemed as "accrued interest" in connection with the Skilled Nursing Facility - Reasonable Cost Limits (SNF-RCL) exemption granted to the Provider.

| | |
|---|---|
| Adjustment Number | R1-001(Exhibit I-4 |
| Reimbursement Effect | $30,000 |
| A. Facts | 5 |
| B. Argument | 5 |
| C. Conclusion | 6 |

III. Exhibits　　　　　　　　　　　　　　　　　　　　　　7

General

42 U.S.C. Section 1395x(v) sets forth the general principle that Medicare reimbursement be based on the reasonable costs of furnishing services to Program beneficiaries, subject to applicable limitations.

42 U.S.C. Section 1395ww sets forth the basis for payment of inpatient hospital services under the prospective payment system (PPS).

42 U.S.C. Section 1395hh establishes the Secretary's authority to prescribe the related Program regulations and instructions that are consistent with Program laws.

## II. INTERMEDIARY'S POSITION

**Issue:** Whether the Intermediary should pay to what the Provider deemed as "accrued interest" in connection with the Skilled Nursing Facility - Reasonable Cost Limits (SNF-RCL) exemption granted to the Provider.

### A. Facts

The Intermediary granted an exemption to the Provider for the cost report in dispute from the application of the SNF-RCL. Then the Intermediary issued a RNPR on January 18, 2006 to remove the SNF-RCL per diem amount in the cost report.

### B. Argument

The Provider is not disputing the SNF-RCL adjustment.

The Provider contents that the Revised NPR reflects a substantial underpayment for FY 12/31/96, because the revised NPR did not account for any interest attributable to the ten-year-delay the Provider experienced in getting the exemption since filing its original request for proper reimbursement for its SNF.

The Intermediary contents that this cost report went through the proper appeals channel according to CMS Section 2900 "Requirement For A Hearing On A Disputed Intermediary Determination" and 42 CFR Part 405. Since the Intermediary implemented the CMS resolution within 180 days by issuing a RNPR, the Provider is not entitled to receive any interest payment. The final determination was reached on 11/21/05 and the RPNR was issued on 1/18/06. Our decision is based on 42 CFR 405.378.

According to § 405.378 Interest charges on overpayment and underpayments to providers, suppliers, and other entities states that interest accrues from the time the final determination is made (180 days), however if a cost report is in the process of judicial review interest is not accrued until the final determination is made.

5

C. Conclusion

Under the circumstances, the Intermediary does not have a basis to revise its determination

III. Exhibits

I-1. Appeal request

I-2. Notice of Program reimbursement

I-3. Statistical pages of the finalized cost report

I-4. Intermediary's adjustment

# REQUEST FOR PROVIDER REIMBURSEMENT
# REVIEW BOARD HEARING

TO:

Chairman
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, MD  21244-2670

Date: July 14, 2006

Provider:   Goleta Valley Cottage Hospital
            Pueblo at Bath Streets
            P.O. Box 689
            Santa Barbara, CA  93102

Provider No.: 05-0357, 55-5617

Intermediary: United Government Services, L.L.C.

Revised Notice of Program Reimbursement
Notice Date              Fiscal Year End
01/18/06                 12/31/96

I.  Identification of Parties and Cost Reporting Period in Dispute

Goleta Valley Cottage Hospital ("Provider"), Provider No. 05-0357, 55-5617, which is located in Santa Barbara, California, requests a hearing before the Provider Reimbursement Review Board ("Board") with respect to Medicare reimbursement payable to the Provider for the cost reporting period ended December 31, 1996.

The Intermediary is United Government Services, L.L.C.

II.  The Medicare Reimbursement Controversy

The Revised Notice of the Amount of Program Reimbursement dated January 18, 2006 (the "NPR" attached as Exhibit A hereto), reflects determinations by the Intermediary that the Provider was entitled to be exempt from the application of the skilled nursing facility reasonable cost limits ("SNF-RCL"), but the Intermediary did not adjust the reimbursement paid to the Provider in applying the SNF-RCL exception to reflect the additional amount of accrued interest and attorneys' fees owed to the Provider pursuant to federal statutes and regulations since the original appeal of these matters has taken more than 10 years. These issues originally arose in PRRB Case Nos. 97-1198, 99-0246, and 99-0247 (for FYEs 9/30/95, 9/30/96 and 12/31/06, respectively), which were heard concurrently by the Board and in which the Board held in favor of the Provider. The Secretary subsequently modified the Board's decision in those cases, and the Secretary's modifications are currently on appeal in U.S. District Court for the District of Columbia (Civil No. 05-2323 (DAR)). In that District Court proceeding, the Secretary has argued that the proper procedural vehicle for seeking the relief requested would be an appeal of the operative final determinations (i.e., the NPR) as interpreted by the Secretary. Although the Provider does not agree with the Secretary's position, the Provider is pursuing this appeal out of an abundance of caution given the Secretary's current position. Specifically, the Provider

4314033v.1

submits that the following adjustments on the Audit Adjustment Report (Exhibit B attached hereto) were erroneously made:

| Adjustment No. | Adjustment Description |
|---|---|
| R1-001 | Adjustment made to remove the SNF-RCL per diem and cost limitation amount per CMS' determination approving the provider to be exempt from the application of the SNF-RCL |

Reimbursement Effect:

The amount in controversy is (i) the amount of accrued interest payable with respect to the amount of the underpayment of Medicare reimbursement ($28,560) to which the Provider was originally entitled more than 10 years ago, calculated at the interest rates specified by applicable statute and regulations over the period of more than 10 years (estimated by the Provider to be over $30,000 for FYE 12/31/96), plus (ii) the attorneys fees in connection with the appeal of these matters to which the Provider is entitled by applicable statute and regulation. This amount greatly exceeds the $10,000 jurisdictional threshold.

III.  The Provider's Position

The Provider believes that the Intermediary's adjustments are in direct conflict with the federal statute, applicable regulations, and Medicare general instructions and program policy. After prehearing discovery, and at such time as is designated by the Board, the Provider will either submit a position paper in support of its position or move for expedited judicial review ("EJR"), as appropriate.

IV.  The Provider's Representative

The Provider will be personally represented in this matter before the Board by its designated representatives, Barron Bogatto, Alan Daughtry, and Virginia Alverson, of Jackson Walker L.L.P. at the address specified below, as designated by the Provider in its letter to the Board and the Intermediary dated July 13, 2006 (a copy of the Provider's Designation of Provider Representative and Authorization to Pursue Legal Action is attached as Exhibit C hereto).

GOLETA VALLEY COTTAGE HOSPITAL

By: _____
Barron P. Bogatto, of Jackson Walker L.L.P.,
as Provider Representative

JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas  77010

4314033v.1                                          2

## CERTIFICATE OF SERVICE

I, Barron P. Bogatto, Provider Representative, do hereby certify that true and correct copies of the foregoing Request for Provider Reimbursement Review Board Hearing were served this 14th day of July, 2006, by first-class mail, postage prepaid, return receipt requested, upon the parties listed below.

        United Government Services
        Attn: George Garcia
        Provider Audit Department
        5151-B Camino Ruiz, Bldg. G, Second Floor
        Camarillo, CA  93012-8645

_/s/ Barron P. Bogatto_
Barron P. Bogatto

**CMS**
CENTERS for MEDICARE & MEDICAID SERVICES

PART A INTERMEDIARY    NATIONAL FQHC INTERMEDIARY    MEDICARE
REGIONAL HOME HEALTH INTERMEDIARY    PHONE 805-367-0800

January 18, 2006

Ms. Joan Bricher, SVP of Finance/CFO
Goleta Valley Cottage Hospital
Pueblo at Bath Streets
P.O. Box 689
Santa Barbara, CA 93102-

SUBJECT:   REVISED NOTICE OF AMOUNT OF PROGRAM REIMBURSEMENT

       Provider No.:   05-0357/55-5617
       Reporting Period From: 10/01/96 Through 12/31/96

Dear Ms. Bricher:

We have computed a revised final settlement for the above noted fiscal year. The attached "Revised Adjustment Report" incorporates the appeal decision for the following issues:

| Case No. | Issues |
| --- | --- |
| 99-0247 | SNF –RCL |

Attached please find Exhibit "A" summarizing the amount of program reimbursement.

Your cost report was due **June 2, 1997** and was received on **May 21, 1997** with a postmark date of **May 19, 1997**.

The net result of this settlement is **$28,560 due your facility**.

This amount is scheduled to be paid to your facility. However, if your facility has outstanding liabilities due the Medicare Program, we are obligated to recoup the applicable amounts from the payable above.

If your facility had an approved Extended Repayment Plan prior to determination of this underpayment, you have fifteen (15) calendar days from the date of this letter to submit a statement along with any pertinent evidence as to why this underpayment should not be offset.

UNITED GOVERNMENT SERVICES, LLC.
P.O. Box 9150, Oxnard, California 93031-9150 • Corporate Headquarters located in Milwaukee, WI
A CMS CONTRACTED INTERMEDIARY

LETTERS \ NPR \ NPR16.DOC\6/16/04

Ms. Bricher, SVP of Finance/CFO
January 18, 2006
Page 2

Your response must be received by **February 2, 2006**, for it to be considered timely. In the event your response is not received timely, we will offset the funds to reduce the outstanding balance of the Extended Repayment Plan. If a response is received timely, we will not take action to offset the funds until we complete our review of the submitted documentation for a final determination. Should we determine that the offset is appropriate, in whole or in part, we will notify you in writing of our specific findings of the conditions on which the offset was based, and an explanatory statement for the final decision.

Please send your payments and financial data to:

<u>Payments</u>
United Government Services
California Non-MSP
Box 88969
Milwaukee, WI 53288-0969

<u>Payments / Financial Data</u>
Ms. Rosa Bezada
Provider Accounting Department
United Government Services, LLC.
P.O. Box 9150
Oxnard, California 93031-9150
Telephone # (805) 367-0709

<u>Certified Mail Address</u>
5151-B Camino Ruiz, Bldg. G
Camarillo, CA 93012-8645

If you have any questions, please call Sohair Asaad at (805) 367-0670.

Sincerely,

*Ellen Corwin*

Ellen Corwin, Manager
Provider Audit Department

EC/sa/rs

Enclosure

cc:   Provider Accounting
      Provider Appeals

```
'VIDER N.  05-0357   GOLETA VALLEY COMMUNIT. .OSPITAL        KPMG COMPU-MAX MICRO SYSTEM            VERSION: 2005.09
 IOD FROM  10/01/1996 TO 12/31/1996                     IN LIEU OF FORM CMS-2552-96 (9/2000)        01/11/2006  08:40:43

        HOSPITAL AND HEALTH CARE COMPLEX IDENTIFICATION DATA                                         WORKSHEET S-2

PITAL AND HOSPITAL HEALTH CARE COMPLEX ADDRESS:
    STREET: 351 SOUTH PATTERSON AVENUE
    Y:  SANTA BARBARA           STATE: CA        P.O.BOX:                                                    1
                                                 ZIP CODE: 93160     COUNTY: SANTA BARBARA                   1.01
PIT  AND HOSPITAL-BASED COMPONENT IDENTIFICATION:
                                                                                          PAYMENT SYSTEM
                                                         PROVIDER        DATE             (P,T,O OR N)
         COMPONENT                COMPONENT NAME          NUMBER       CERTIFIED     V   XVIII   XIX
             0                         1                    2             3          4     5     6

    HOSPITAL                    GOLETA VALLEY COMMUNITY HOSPITAL  05-0357    07/01/1966   O    P    O    2
    SUBPROVIDER I                                                                                        3
    SWING BEDS - SNF                                                                                     4
    SWING BEDS - NF                                                                                      5
    HOSPITAL-BASED SNF          GOLETA VALLEY TRANSITIONAL CARE UN 55-5617   12/07/1994   N    O    N    6
    HOSPITAL-BASED NF                                                                                    7
    HOSPITAL-BASED OLTC                                                                                  8
    HOSPITAL-BASED HHA                                                                                   9
    SEPARATELY CERTIFIED ASC                                                                            11
    HOSPITAL-BASED HOSPICE                                                                              12
    HOSP-BASED RHC                                                                                      14
    OUTPATIENT REHABILITATION PROVID                                                                    15
    RENAL DIALYSIS                                                                                      16

    COST REPORTING PERIOD (MM/DD/YYYY)                               FROM: 10/01/1996  TO: 12/31/1996   17
                                                                           1              2
    TYPE OF CONTROL                                                                 2                   18
E OF HOSPITAL/SUBPROVIDER
    HOSPITAL
    SUBPROVIDER I                                                                   1                   19
                                                                                                        20
ER INFORMATION
    INDICATE IF YOUR HOSPITAL IS EITHER (1) URBAN OR (2) RURAL AT THE END OF THE
    COST REPORTING PERIOD IN COLUMN 1. IF YOUR HOSPITAL IS GEOGRAPHICALLY CLASSIFIED   1                 21
    OR LOCATED IN A RURAL AREA, IS YOUR BED SIZE IN ACCORDANCE WITH CFR 42 412.105
    LESS THAN OR EQUAL TO 100 BEDS, ENTER IN COLUMN 2 'Y' FOR YES OR 'N' FOR NO.
.02 HAS YOUR FACILITY RECEIVED GEOGRAPHIC RECLASSIFICATION? ENTER 'Y' FOR YES
    AND 'N' FOR NO. IF YES, REPORT IN COLUMN 2 THE EFFECTIVE DATE.                       NO             21.02
.03 ENTER IN COLUMN 1 YOUR GEOGRAPHIC LOCATION EITHER (1) URBAN (2) RURAL. IF YOU ANSWERED              21.03
    URBAN IN COLUMN 1 INDICATE IF YOU RECEIVED EITHER A WAGE OR STANDARD GEOGRAPHIC
    RECLASSIFICATION TO A RURAL LOCATION, ENTER IN COLUMN 2 'Y' AND 'N' FOR NO. IF COLUMN 2
    IS YES, ENTER IN COLUMN 3 THE EFFECTIVE DATE (mm/dd/yyyy)(SEE INSTRUCTION). DOES YOUR
    FACILITY CONTAIN 100 OR FEWER BEDS IN ACCORDANCE WITH 42 CFR 412.105? ENTER IN COLUMN 4
    'Y' FOR YES AND 'N' FOR NO.
.04      STANDARD GEOGRAPHIC RECLASSIFICATION (NOT WAGE), WHAT IS YOUR STATUS AT THE BEGINNING          21.04
         THE COST REPORTING PERIOD. ENTER (1) URBAN AND (2) RURAL.
.0       STANDARD GEOGRAPHIC RECLASSIFICATION (NOT WAGE), WHAT IS YOUR STATUS AT THE END OF THE         21.05
    COST REPORTING PERIOD. ENTER (1) URBAN AND (2) RURAL.
    ARE YOU CLASSIFIED AS A REFERRAL CENTER?                                             NO             22
```

```
PROVIDER NO. 05-0357   GOLETA VALLEY COMMUNITY HOSPITAL       KPMG COMPU-MAX MICRO SYSTEM              VERSION: 2005.09
PERIOD FROM 10/01/1996 TO 12/31/1996                         IN LIEU OF FORM CMS-2552-96 (9/2000)      01/11/2006 08:40:43
```

HOSPITAL AND HEALTH CARE COMPLEX STATISTICAL DATA

WORKSHEET S-3
PART I

| COMPONENT | NO. OF BEDS 1 | BED DAYS AVAILABLE 2 | CAH PATIENT HOURS 2.01 | TITLE V 3 | TITLE XVIII 4 | LTCH NONCOVERED DAYS 4.01 | TITLE XIX 5 | OBS. BEDS ADMITTED 5.01 | |
|---|---|---|---|---|---|---|---|---|---|
| HOSPITAL ADULTS & PEDS, EXCL SWING BED, OBSERV & HOSPICE DAYS | 92 | 8464 | | 99 | 265 | | 29 | | 1 |
| HMO | | | | | | | | | 2 |
| HOSPITAL ADULTS & PEDS - SWING BED SNF | | | | | | | | | 3 |
| HOSPITAL ADULTS & PEDS - SWING BED NF | | | | | | | | | 4 |
| TOTAL ADULTS & PEDS EXCL OBSERVATION BEDS | 92 | 8464 | | 99 | 265 | | 29 | | 5 |
| INTENSIVE CARE UNIT | 12 | 1104 | | 21 | 95 | | 6 | | 6 |
| CORONARY CARE UNIT | | | | | | | | | 7 |
| BURN INTENSIVE CARE UNIT | | | | | | | | | 8 |
| SURGICAL INTENSIVE CARE UNIT | | | | | | | | | 9 |
| OTHER SPECIAL CARE | | | | | | | | | 10 |
| NURSERY | | 920 | | 46 | | | 15 | | 11 |
| TOTAL HOSPITAL | 104 | 10488 | | 166 | 360 | | 50 | | 12 |
| RPCH VISITS | | | | | | | | | 13 |
| SUBPROVIDER | | | | | | | | | 14 |
| SKILLED NURSING FACILITY | 15 | 1380 | | | 156 | | | | 15 |
| NURSING FACILITY | | | | | | | | | 16 |
| OTHER LONG TERM CARE | | | | | | | | | 17 |
| HOME HEALTH AGENCY | | | | | | | | | 18 |
| ASC (DISTINCT PART) | | | | | | | | | 20 |
| HOSPICE (DISTINCT PART) | | | | | | | | | 21 |
| O/P REHAB PROVIDER | | | | | | | | | 23 |
| RHC I | | | | | | | | | 24 |
| TOTAL | 119 | | | | | | | | 25 |
| OBSERVATION BED DAYS | | | | | | | | | 26 |
| AMBULANCE TRIPS | | | | | | | | | 27 |
| EMPLOYEE DISCOUNT DAYS | | | | | | | | | 28 |

# CMS-2552-96 Audit Adjustment Report

```
                                                                        RUN DATE: 01/10/2006      PAGE 2
    DER NAME: GOLETA VALLEY COMMUNITY HOSPITAL    PROVIDER NUMBER: 05-0357    FISCAL PERIOD: 10/01/1996 TO 12/31/1996
```

| ADJ # | WS | P | F | T | LINE | COLUMN | A6/A8 LTR | A6/A8 LINE | EXPLANATION OF AUDIT ADJUSTMENTS | AS REPORTED | INCREASE/ DECREASE | AS ADJUSTED | W/P REF. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-001 | D1 | 3 | | SN | 18 | 77 | | 1 | Inpatient routine service cost per diem limitation<br>ADJUSTMENT MADE TO REMOVE THE SNF-RCL PER DIEM AMOUNT ON THE COST REPORT PER CMS' DETERMINATION APPROVING THE PROVIDER TO BE EXEMPT FROM THE APPLICATION OF THE SNF-RCL.<br>CMS PUB 15-1 SEC 2530, 2534 FF<br>42 CFR 413.30<br>W/P 1-1. | 173.42 | -173.42 | .00 | 1-1 |
| 1-002 | E1 | | | H | 5.50 | 2 | | | Tentative settlement amount (Provider to Program)<br>Date: 09/28/1998 | 0 | 864 | 864 | 1-4 |
| 1-002 | E1 | | | H | 5.51 | 4 | | | Tentative settlement amount (Provider to Program)<br>Date: 09/28/1998 | 0 | 35178 | 35178 | 1-4 |
| 1-002 | E1 | | | SN | 5.02 | 2 | | | Tentative settlement amount (Program to Provider)<br>Date: 09/28/1998 | 0 | 7135 | 7135 | 1-4 |
| 1-002 | E1 | | | SN | 5.01 | 4 | | | Tentative settlement amount (Program to Provider)<br>Date: 09/28/1998<br>ADJUSTMENT MADE TO INCLUDE THE FINAL SETTLEMENTS TO BE REPORTED ON W/S E-1 BASED ON INTERMEDIARY'S RECORDS.<br>CMS PUB 15-1 SEC 2407.8<br>42 CFR 413.64<br>W/P 1-4. | 0 | 4663 | 4663 | 1-4 |
| 1-003 | | | | | | | | | Memo Adjustment<br>MEMO ADJUSTMENT:<br>TO COMPUTER UNIT:<br>PLEASE CHANGE RESPONSE TO 'YES' ON W/S S-2, LINE 28, COL. 1 SINCE THE PROVIDER HAS BEEN GRANTED AN EXEMPTION FROM THE COST LIMITS.<br>THANK YOU. | | | | |