UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOLETA VALLEY COMMUNITY HOSPITAL, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary of Health and Human Services <br><br> Defendant. | Civil No. 05-2323 (DAR) |

## ORDER

Plaintiff's motion to reconsider ( Doc. __ ) is granted. The Court's December 21, 2006 order of dismissal is vacated, and this matter is to be placed back on the Court's active docket.

_____
Presiding Judge