UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GOLETA VALLEY COMMUNITY HOSPITAL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 05-2323 (DAR) |
| MICHAEL O. LEAVITT, Secretary of Health and Human Services, | ) ) ) ) | **ECF** |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of Plaintiff Goleta Valley's Motion for New Trial or to Alter Judgment, Objections to Magistrate Judge's Ruling, and Motion for Reconsideration, Defendant's Opposition thereto, and the entire record herein, it is this ____ day of _____, 2007,

ORDERED that Plaintiff's motion be, and hereby is, DENIED; and it is further

ORDERED that this case is CLOSED.


DEBORAH A. ROBINSON
United States Magistrate Judge