# Exhibit A

APPEAL, HABEAS, TYPE-G

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:03-cv-02007-AK

ASH v. REILLY et al
Assigned to: Magistrate Judge Alan Kay
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 09/26/2003
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

**WALTER ASH**  represented by **Olinda Moyd**
PUBLIC DEFENDER SERVICE FOR THE DISTRICT OF COLUMBIA
633 Indiana Avenue, NW
Washington, DC 20004
(202) 628-1200
Fax: (202) 824-2791
Email: omoyd@pdsdc.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catharine F. Easterly**
PUBLIC DEFENDER SERVICE FOR DC
Special Litigation Division
633 Indiana Avenue NW
Washington, DC 20004
(202) 628-1200
Fax: (202) 626-8351
Email: keasterly@pdsdc.org
*ATTORNEY TO BE NOTICED*

**Timothy Patrick O'Toole**
PUBLIC DEFENDER SERVICE FOR THE
DISTRICT OF COLUMBIA
633 Indiana Avenue, NW
Washington, DC 20004
(202) 824-2523
Fax: (202) 824-2351
Email: to'toole@pdsdc.org
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

EDWARD F. REILLY, JR.    represented by    **Daniel M. Cisin**
U.S. ATTORNEY'S OFFICE
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7289
Fax: (202) 514-8784
Email: dan.cisin@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret J. Chriss**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
10th Floor
Washington, DC 20530-0001
(202) 307-0874
Fax: (202) 514-8784
Email: margaret.chriss@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Respondent**

CRANSTON J. MITCHELL    represented by    **Daniel M. Cisin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret J. Chriss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Respondent**

JOHN SIMPSON
*In their official capacity as*
*Commissioners of the United States*
*Parole Commission*

represented by    **Daniel M. Cisin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret J. Chriss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Respondent**

ODIE WASHINGTON
*In his official capacity as Director of*
*the DC Department of Corrections*

represented by    **Daniel M. Cisin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret J. Chriss**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Respondent**

**FRED FIGUEROA**
*In his official capacity as Warden of the Correctional Treatment Facility*

represented by **Daniel M. Cisin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret J. Chriss**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2003 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ 5.) , filed by WALTER ASH. (Attachments: # 1 Exhibit A)(jf, ) (Entered: 10/01/2003) |
| 09/26/2003 | | SUMMONS Not Issued as to FRED FIGUEROA ; CRANSTON J. MITCHELL ; EDWARD F. REILLY JR. ; JOHN SIMPSON ; ODIE WASHINGTON (jf, ) (Entered: 10/01/2003) |
| 11/07/2003 | 2 | NOTICE of Consent to Proceed Before a United States Magistrate Judge by Plaintiff and Defendants(td, ) (Entered: 11/13/2003) |
| 11/18/2003 | 3 | CONSENT AND ORDER . Signed by Judge Ricardo M. Urbina on November 17, 2003 referring case to a Magistrate Judge for all purposes. (jwd) (Entered: 11/18/2003) |
| 11/18/2003 | | Case REASSIGNED to Judge Alan Kay for all purposes. Judge Ricardo M. Urbina no longer assigned to the case. (lnw, ) (Entered: 11/18/2003) |
| 09/03/2004 | 4 | ENTERED IN ERROR.....First MOTION to Amend/Correct *Petition for Writ of Habeas Corpus* by WALTER ASH. (Attachments: # 1 Appendix 1-10# 2 Appendix 11)(Moyd, Olinda) Modified on 9/7/2004 (nmw, ). (Entered: 09/03/2004) |
| 09/03/2004 | 5 | Amended PETITION for Writ of Habeas Corpus filed by WALTER ASH. (Attachments: # 1 Appendix 1-10# 2 Appendix 11)(nmw, ) (Entered: 09/07/2004) |
| 09/07/2004 | | NOTICE OF CORRECTED DOCKET ENTRY. Document No. 4 was entered in error and will be refiled. (nmw, ) (Entered: 09/07/2004) |
| 09/10/2004 | 6 | ORDER TO SHOW CAUSE Show Cause Response due by 10/10/2004.Petitioner's reply no later than 11/8/04. Signed by Judge Alan Kay on 09/10/04. (lckay1, ) (Entered: 09/10/2004) |
| 10/18/2004 | 7 | Unopposed MOTION for Leave to File *Late Its Opposition to Petitioner's First Amended Petition for Writ of Habeas Corpus* by FRED FIGUEROA, CRANSTON J. MITCHELL, EDWARD F. REILLY JR., JOHN SIMPSON, ODIE WASHINGTON. (Chriss, Margaret) (Entered: 10/18/2004) |

| 10/18/2004 | 8 | Memorandum in opposition to motion re 4 filed by FRED FIGUEROA, CRANSTON J. MITCHELL, EDWARD F. REILLY JR., JOHN SIMPSON, ODIE WASHINGTON. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14)(Chriss, Margaret) (Entered: 10/18/2004) |
|---|---|---|
| 11/16/2004 | 9 | REPLY to opposition to motion re 7 *Amended Habeas Corpus Petition* filed by WALTER ASH. (Moyd, Olinda) (Entered: 11/16/2004) |
| 11/16/2004 | 10 | MOTION for Extension of Time to File Response/Reply as to 9 Reply to opposition to Motion *Amended Habeas Corpus Petition* by WALTER ASH. (Moyd, Olinda) (Entered: 11/16/2004) |
| 11/30/2004 | 11 | RESPONSE to 9 *Petitioner's Reply* filed by EDWARD F. REILLY JR.. (Chriss, Margaret) Modified on 12/1/2004 (lc, ). (Entered: 11/30/2004) |
| 12/07/2004 | 12 | ORDER granting Habeas Corpus Petition. (lckay1, ) (Entered: 12/07/2004) |
| 12/20/2004 | 13 | MOTION for Reconsideration re 12 Order on Motion to Amend/Correct by EDWARD F. REILLY, JR, CRANSTON J. MITCHELL, JOHN SIMPSON, FRED FIGUEROA. (Chriss, Margaret) (Entered: 12/20/2004) |
| 12/22/2004 | 14 | Unopposed MOTION for Extension of Time to File Response/Reply *to United States Parole Commission's Motion for Reconsideration* by WALTER ASH. (Moyd, Olinda) (Entered: 12/22/2004) |
| 12/22/2004 | | Motion for an extension of time GRANTED. Petitioner has until January 18, 2005 within which to file its opposition. Signed by Judge Alan Kay on 12/22/04. (lckay1, ) (Entered: 12/22/2004) |
| 01/11/2005 | 15 | NOTICE of Appearance by Catharine F. Easterly on behalf of WALTER ASH (Easterly, Catharine) (Entered: 01/11/2005) |
| 01/11/2005 | 16 | NOTICE of Appearance by Timothy Patrick O'Toole on behalf of WALTER ASH (O'Toole, Timothy) (Entered: 01/11/2005) |
| 01/11/2005 | 17 | Memorandum in opposition to motion re 13 *Opposition to Commission's Motion, Pursuant to Rule 59(e), to alter or amend the Court's Order Issuing a Writ of Habeas Corpus and Directing the Parole Commission to Conduct a New Parole Revocation Hearing* filed by WALTER ASH. (O'Toole, Timothy) (Entered: 01/11/2005) |
| 01/25/2005 | 18 | MOTION to Stay by EDWARD F. REILLY, JR, CRANSTON J. MITCHELL, JOHN SIMPSON. (Chriss, Margaret) (Entered: 01/25/2005) |
| 01/31/2005 | 19 | ORDER denying 13 Motion for Reconsideration. Signed by Judge Alan Kay on 1/31/05. (lckay1,) (Entered: 01/31/2005) |
| 01/31/2005 | 20 | ORDER re 13 MOTION for Reconsideration re 12 Order on Motion to Amend/Correct filed by EDWARD F. REILLY, JR., FRED FIGUEROA,, JOHN SIMPSON,, CRANSTON J. MITCHELL,, 19 |

|  |  | Order on Motion for Reconsideration. Signed by Judge Alan Kay on 1/31/05. (lckay1, ) (Entered: 01/31/2005) |
|---|---|---|
| 03/25/2005 | 21 | NOTICE OF APPEAL as to 20 Order, by EDWARD F. REILLY, JR, CRANSTON J. MITCHELL, FRED FIGUEROA. No Fees; Federal Government (jf, ) (Entered: 03/28/2005) |
| 03/28/2005 |  | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 21 Notice of Appeal (jf, ) (Entered: 03/28/2005) |
| 04/01/2005 |  | USCA Case Number 05-5092 for 21 Notice of Appeal filed by EDWARD F. REILLY, JR., FRED FIGUEROA,, CRANSTON J. MITCHELL,. (jf, ) (Entered: 04/04/2005) |
| 04/08/2005 | 22 | MOTION to Stay *Pending Appeal* by EDWARD F. REILLY, JR. (Chriss, Margaret) (Entered: 04/08/2005) |
| 04/13/2005 | 23 | Memorandum in opposition to motion re 22 *Stay Pending Appeal* filed by WALTER ASH. (Attachments: # 1 Exhibit Attachments to Mr. Ash's Opposition to Stay Motion)(Easterly, Catharine) (Entered: 04/13/2005) |
| 04/15/2005 | 24 | ENTERED IN ERROR.....APPLICATION for *to proceed without prepayment of fees and affidavit (in forma pauperis motion)* by WALTER ASH. (Easterly, Catharine) Modified on 4/18/2005 (lc, ). (Entered: 04/15/2005) |
| 04/15/2005 | 25 | ORDER denying 22 Motion to Stay. . Signed by Magistrate Judge Alan Kay on 4/15/05. (lckay1, ) (Entered: 04/15/2005) |
| 04/15/2005 | 26 | MEMORANDUM AND OPINION on Motion to Stay pending appeal.. Signed by Magistrate Judge Alan Kay on 4/15/05. (lckay1, ) (Entered: 04/15/2005) |
| 04/15/2005 | 27 | MOTION for Leave to Proceed in forma pauperis by WALTER ASH. (lc, ) (Entered: 04/18/2005) |
| 04/19/2005 | 28 | NOTICE *Regarding Filing of Appeal* by EDWARD F. REILLY, JR, CRANSTON J. MITCHELL, JOHN SIMPSON (Chriss, Margaret) (Entered: 04/19/2005) |
| 08/17/2005 | 29 | ORDER granting 27 Motion for Leave to Proceed in forma pauperis nunc pro tunc. Signed by Magistrate Judge Alan Kay on 8/17/2005. (lckay1, ) (Entered: 08/17/2005) |
| 10/04/2005 |  | Supplemental Record on Appeal transmitted to US Court of Appeals re 21 Notice of Appeal (lc, ) (Entered: 10/04/2005) |
| 01/05/2006 | 30 | ORDER setting briefing schedule and oral argument on remand. Signed by Magistrate Judge Alan Kay on 1/5/2006. (lckay1, ) (Entered: 01/05/2006) |
| 01/11/2006 |  | Set Deadlines/Hearings: Parties' briefs due 1/27/06; Responses to opposing parties' brief due 2/8/2006; Replies, if any, to be filed by 2/15/2006; Oral Argument set for 2/16/06 at 10:00 AM in Courtroom 4 before Magistrate Judge Alan Kay. (kk) (Entered: 01/11/2006) |

| | | |
|---|---|---|
| 01/20/2006 | | MINUTE ORDER amending briefing schedule 30 at the request of the parties. Briefs shall be filed by Jan. 27, 2006. Responses to the opposing parties' briefs are due on or before February 10, 2006. No additional replies will be filed. Oral argument remains scheduled for Thursday, February 16, 2006 at 10:00 a.m. in Courtroom 4.Signed by Magistrate Judge Alan Kay on 1/20/2006. (lckay1, ) (Entered: 01/20/2006) |
| 01/27/2006 | 31 | RESPONSE TO ORDER OF THE COURT re 30 Order *Brief on Remand* filed by EDWARD F. REILLY, JR, CRANSTON J. MITCHELL, JOHN SIMPSON. (Okun, Robert) (Entered: 01/27/2006) |
| 01/27/2006 | 32 | MEMORANDUM by WALTER ASH. (Attachments: # 1 # 2)(Easterly, Catharine) (Entered: 01/27/2006) |
| 02/10/2006 | 33 | REPLY *Brief re 31 in Support of Issuance of a Writ of Habeas Corpus* filed by WALTER ASH. (Easterly, Catharine) Modified on 2/13/2006 (lc, ). (Entered: 02/10/2006) |
| 02/10/2006 | 34 | RESPONSE to 33 *Petitioner's Brief on Remand* filed by EDWARD F. REILLY, JR, CRANSTON J. MITCHELL, JOHN SIMPSON. (Okun, Robert) Modified on 2/13/2006 (lc, ). (Entered: 02/10/2006) |
| 02/13/2006 | 37 | USCA JUDGMENT (certified copy) as to 21 Notice of Appeal filed by EDWARD F. REILLY, JR., FRED FIGUEROA,, CRANSTON J. MITCHELL; It is hereby ordered and adjudged that the judgment of the District Court appealed from in this cause is hereby vacated and case is remanded; USCA#05-5092 (jsc) (Entered: 02/27/2006) |
| 02/16/2006 | | Minute Entry for Oral Argument on Remand held before Magistrate Judge Alan Kay on 2/16/06 : Matter taken under advisement. (Court Reporter: Pro-Typists, Inc.; Ctrm. 4) (kk) (Entered: 02/21/2006) |
| 02/21/2006 | 35 | SUPPLEMENTAL MEMORANDUM to 30 32 33 *Briefs on remand, post-oral argument, in support of issuance of a writ of habeas corpus* filed by WALTER ASH. (Easterly, Catharine) Modified on 2/22/2006 (lc, ). (Entered: 02/21/2006) |
| 02/22/2006 | 36 | RESPONSE to 35 *Petitioner's Supplemental Brief on Remand* filed by EDWARD F. REILLY, JR, CRANSTON J. MITCHELL, JOHN SIMPSON. (Okun, Robert) Modified on 2/23/2006 (lc, ). (Entered: 02/22/2006) |
| 05/05/2006 | 40 | MEMORANDUM AND OPINION granting Petition for Writ of Habeas Corpus. Signed by Magistrate Judge Alan Kay on 5/5/2006. (lckay1, ) Additional attachment(s) added on 5/5/2006 (lckay1, ). (Entered: 05/05/2006) |
| 05/05/2006 | 39 | ORDER granting Petition for Writ of Habeas Corpus in accordance with the Memorandum Opinion 40 filed contemporaneously herewith. Signed by Magistrate Judge Alan Kay on 5/5/2006. (lckay1, ) Modified on 5/5/2006 (lckay1, ). (Entered: 05/05/2006) |
| 05/30/2006 | 41 | TRANSCRIPT of Proceedings held on February 16, 2006 Hearing on Oral Argument on Remand before Judge Alan Kay. Court Reporter: Pro- |

| | | |
|---|---|---|
| | | Typists. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m, Monday through Friday. (tg, ) (Entered: 05/31/2006) |
| 07/05/2006 | 42 | NOTICE OF APPEAL as to 39 Order, 40 Memorandum & Opinion by EDWARD F. REILLY, JR, CRANSTON J. MITCHELL, JOHN SIMPSON, ODIE WASHINGTON, FRED FIGUEROA. Filing fee not required. (lc, ) (Entered: 07/07/2006) |
| 07/07/2006 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 42 Notice of Appeal (lc, ) (Entered: 07/07/2006) |
| 07/18/2006 | | USCA Case Number 06-5202 for 42 Notice of Appeal filed by ODIE WASHINGTON,, EDWARD F. REILLY, JR., FRED FIGUEROA,, JOHN SIMPSON,, CRANSTON J. MITCHELL,. (lc, ) (Entered: 07/19/2006) |
| 07/19/2006 | 43 | RESPONSE to *Motion to Dismiss Appeal* filed by WALTER ASH. (Easterly, Catharine) (Entered: 07/19/2006) |
| 07/26/2006 | 44 | Unopposed MOTION for Order *Directing the U.S. Marshal of D.C. To Transfer Petitioner to the Custody of the U.S. Marshal for the District of Maryland* by EDWARD F. REILLY, JR, CRANSTON J. MITCHELL, JOHN SIMPSON. (Attachments: # 1 Text of Proposed Order)(Chriss, Margaret) (Entered: 07/26/2006) |
| 07/26/2006 | | MINUTE ORDER granting 44 Unopposed Motion for Court Order to Transfer Custody. The United States Marshal of the District of Columbia shall transfer the Petitioner in this matter, Mr. Ash (Fed. Reg. No. 05766-007, D.C. No. 236-204) to the custody of the United States Marshal of the District of Maryland (Baltimore). Signed by Magistrate Judge Alan Kay on 7/26/2006.(lckay1, ) (Entered: 07/26/2006) |
| 08/14/2006 | 45 | ORDER of USCA (certified copy) as to 42 Notice of Appeal filed by ODIE WASHINGTON,, EDWARD F. REILLY, JR., FRED FIGUEROA,, JOHN SIMPSON,, CRANSTON J. MITCHELL; It is hereby ordered that the motion to dismiss appeal be granted and this case is hereby dismissed; USCA#06-5202 (jsc) (Entered: 08/21/2006) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 01/26/2007 10:39:20 | | |
| PACER Login: | jw0015 | Client Code: | 107010.00002 abd1 |
| Description: | Docket Report | Search Criteria: | 1:03-cv-02007-AK |
| Billable Pages: | 4 | Cost: | 0.32 |

# Exhibit B

Case 1:03-cv-02007-AK   Document 3   Filed 11/18/2003   Page 1 of 1

NOV-04-2003  08:09                                           2025148784  P.02/02

v
Reilly, Jr. et al
Atty. Hoyo

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Wilbur Ash
_____
         Plaintiff(s)              )
                                   )
                                   )
                                   )   Civil Action No. 03 2007 RMU
         v.                        )
                                   )
                                   )
Edward Reilly, et al.              )                    **FILED**
_____                )
         Defendant(s)              )
                                                        NOV 1 8 2003

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____        11/3/03
Attorney for the Plaintiff(s)            Date

_____        11/4/03
Attorney for the Defendant(s)            Date

NOTICE:  The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c)(3) and the foregoing consent of the parties.

_____        11-17-03
United States District Judge             Date

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95

TOTAL P.02